

**EXHIBIT**

"B"

06/17/2003 11:02 FAX 4046864805          Emory Clinic NS-CLH                    ☑001

## PROCEDURE SCHEDULING/AUTHORIZATION WORKSHEET

PATIENT'S NAME _Williams, Hattie_ DOB _4-6-40_ SS# _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_

ADDRESS _____

HOME PHONE _404-370-0885_     WORK PHONE _____

DIAGNOSIS _Lumbar stenosis + cervical Radiculopathy_

PROCEDURE ORDERED (1) _Myelogram CT cervical +_

    (2) _lumbar_                              CPT _____

PROCEDURE DATE / TIME _Monday July 7, 03_   _7:30 / 8:30_

ORDERING MD _P. Mummaneni_     SIGNATURE _____

POSTING FACILITY STAFF _Kim_     NS STAFF _Audrey_

### SPECIFIC CONSIDERATIONS FOR TEST(S)/STUDY(IES)

_NPO_
_Need Driver_

| | | | |
|---|---|---|---|
| • WEIGHT | | | |
| • IS. PT. OVER 70 YRS. OLD? | Y ___ | N ✓ | |
|   ** DIABETIC | Y ___ | N ✓ | |
|   ** ALLERGIC TO: | | | |
|     ***MEDS | Y ___ | N ✓ | TYPE: _____ |
|     ***IV DYES | Y ___ | N ✓ | TYPE: _____ |
|   **CLAUSTROPHOBIC | Y ___ | N ✓ | MED GIVEN ____ |
| • METAL CLIPS, PINS, SCREWS, RODS | Y ___ | N ✓ | |
| • LIVE >50 MI. AWAY? | Y ___ | N ✓ | |
| • SOMEONE TO DRIVE PT. HOME? | Y ✓ | N ___ | |

### INSURANCE #1                    ### INSURANCE #2

PLAN NAME _MEDICARE_          PLAN NAME _____

GRP# ____  ID# _____       GRP# _____  ID# _____

REFERRAL # _____         REFERRAL # _____

PRECERT # _NOT REQUIRED_      PRECERT # _____

CONTACT _____           CONTACT _____

PHONE # _____           PHONE # _____

DATE PATIENT NOTIFIED _6-17-03_

| | | |
|---|---|---|
| PREP INSTRUCTIONS | Y ✓ | N ___ |
| DIRECTIONS | Y ✓ | N ___ |
| PROCEDURE LOGGED | Y ✓ | N ___ |
| FORM COPIED TO STAFF ASSISTANT | Y ✓ | N ___ |

DATE FORM FAXED TO POSTING FACILITY _____

NS STAFF SIGNATURE _Audrey_

FROM 4046864805          TO SchPC          06/17/2003 10:57 AM P

Emory Healthcare-Confidential Document

This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

## CLH PROC                    WILLIAMS, HATTIE M - CLH_001152290

* Final Report *

Document Type:        CLH PROC
Document Date:        29 May 2008 00:00
Document Status:      Auth (Verified)
Document Title:       Crawford Long Hospital Procedure Note
Performed By:         Williams, David P on 07 July 2008 17:12
Encounter info:       2577508150, ECLH, Single Visit OP, 5/29/2008 - 5/29/2008

## * Final Report *

**Crawford Long Hospital Procedure Note**


ELECTRONICALLY SIGNED BY David P. Williams, M.D. on 07/07/2008 at 04:48 PM
CRAWFORD LONG HOSPITAL
PROCEDURE REPORT


PATIENT NAME:         WILLIAMS, HATTIE M
MRN:                  1152290
ENCOUNTER NO:         2577508150
PROCEDURE DATE:       05/29/2008
ROOM:
MD NO:    052856
SURGEON MD:           David P Williams, M.D.


PROCEDURE TYPE: Electromyography and nerve conduction studies.

REFERRING PHYSICIAN: DOUGLAS SCOTT STUART, MD

HISTORY: Right leg weakness status post gynecologic surgery May 2, 2008,
question femoral neuropathy versus lumbosacral radiculopathy.

TECHNICAL SUMMARY: Sensory nerve conduction study of the right sural nerve is
normal.  Sensory nerve conduction studies of the saphenous nerve show no
responses bilaterally.  Motor nerve conduction studies of bilateral peroneal
and of the right tibial nerves are normal.

Concentric needle electomyography of selected muscles in the right leg
demonstrates moderate to severe ongoing denervation and subacute re-innervation
changes in iliopsoas and vastus lateralis.  All other muscles examined in the

Printed by:      Smith, Camille C.                                    Page 1 of 2
Printed on:      12/11/2008 06:43                                     (Continued)

Emory Healthcare-Confidential Document
This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

## CLH PROC                                       WILLIAMS, HATTIE M - CLH_001152290

\* Final Report \*

leg representative of the L2-S1 myotomes are normal.  Examination of lumbar
paraspinal muscles on the right at the L4 level is normal.

IMPRESSION: There is electrophysiologic evidence for a moderately severe
subacute right femoral neuropathy.  The absent saphenous sensory potentials are
of uncertain significance given their bilateral absence and may be due to
technical factors.


/David P Williams, M.D.
DPW/MB
DD:  05/29/2008 14:44:45
DT:  05/29/2008 21:37:31
672435/327885817/
Elite


ELECTRONICALLY SIGNED BY David P. Williams, M.D. on 07/07/2008 at 04:48 PM



**Completed Action List:**
\* Perform by Williams, David P on 07 July 2008 17:12

Emory Healthcare-Confidential Document

This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

## XRS065                                    WILLIAMS, HATTIE M - CLH_001152290

* Final Report *

| | |
|---|---|
| Document Type: | XRS065 |
| Document Date: | 06 December 2007 10:00 |
| Document Status: | Auth (Verified) |
| Document Title: | SPINE C COMP |
| Performed By: | SHERLING, EDWARD C on 06 December 2007 15:15 |
| Encounter info: | 2577507340, ECLH, Single Visit OP, 12/6/2007 - 12/6/2007 |

## * Final Report *

**XRS065**
```
MRN - 1152290
NAME - WILLIAMS, HATTIE M
DATE - 12/6/2007
TEST: XR SPINE CERV CMPLT OBL OR F/E
REQUESTOR: WILLIAMS, JIMMIE E
DIAGNOSIS: C SPINE PAIN AND RIGHT ARM PAIN
HISTORY: X RAY C SPINE

CERVICAL SPINE

HISTORY: Cervical spine pain.

FINDINGS: Severe, chronic degenerative changes are identified with
severe intervertebral disc space narrowing and marginal, anterior
osteophyte formation. The patient is apparently status post cervical
laminectomy from C3-C5. There is partial osseous fusion in the
cervical spine. No acute fracture or destructive lesion is clearly
seen.

IMPRESSION:

No definite acute abnormality is identified.

Report has been electronically signed by: SHERLING, EDWARD, M.D.
```

**Completed Action List:**
```
* Order by WILLIAMS, JIMMIE EUGENE on 06 December 2007 09:39
* Perform by SHERLING, EDWARD C on 06 December 2007 15:15
* Sign by SHERLING, EDWARD C on 07 December 2007 11:37   07 December 2007 11:37
```

Emory Healthcare-Confidential Document
This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

XRS065                                    WILLIAMS, HATTIE M - CLH_001152290

* Final Report *

```
              E M O R Y   H E A L T H C A R E              PAGE    1
              EMORY CRAWFORD LONG HOSPITAL          11/24/08 06:58
              PATIENT STATEMENT OF ACCOUNT - DETAIL
```

PATIENT NAME: WILLIAMS, HATTIE M          ACCOUNT NBR:   001147029-7349
                                          BILLING PERIOD: 12/15/07 11/24/08

```
              BILL TO
         HATTIE M WILLIAMS
         400 DIXIE HILL CIRCLE
         ATLANTA          GA 30310
         UNITED STATES
```

| SRV DATE | REF NBR | DESCRIPTION | | |
|----------|---------|-------------|--|--------:|
| 12/15/07 | 70110017 | BASIC METABOLIC PANEL | | 69.00 |
| 12/15/07 | 70130032 | CBC AND AUTO DIFF | | 62.00 |
| 12/15/07 | 70190020 | CULTURE, BACTERIAL; BLOOD | (QTY OF 0002) | 162.00 |
| 12/15/07 | 70190023 | CULTURE, BACTERIAL | | 70.00 |
| 12/15/07 | 70190085 | SMEAR; ROUTINE STAIN | | 23.00 |
| 12/15/07 | 70230025 | URINALYSIS, AUTO W/ MICRO | | 30.00 |
| 12/15/07 | 70704112 | SULFAMETHOXAZ./TRIMETHOPRIM DS | (QTY OF 0002) | 0.00 |
| 12/15/07 | 70700958 | AMPICIL-SULBACT 3GM/NS INJ | | 53.84 |
| 12/15/07 | 70701159 | AMITRIPTYLINE HCL 25MG TAB | | 0.00 |
| 12/15/07 | 70701281 | VALSARTAN 160MG TAB | | 0.00 |
| 12/15/07 | 70708178 | ENOXAPARIN NA 10MG INJ (40MG) | | 113.61 |
| 12/15/07 | 70701281 | VALSARTAN 160MG TAB | | 0.00 |
| 12/15/07 | 70702885 | ACETAMINOPHEN 325MG TAB | (QTY OF 0002) | 0.00 |
| 12/15/07 | 70703686 | FUROSEMIDE 20MG INJ (40MG/4ML) | | 5.04 |
| 12/15/07 | 70703356 | POT CL 10% ORAL 20 MEQ UD | (QTY OF 0002) | 0.00 |
| 12/15/07 | 70703356 | POT CL 10% ORAL 20 MEQ UD | (QTY OF 0002) | 0.00 |
| 12/15/07 | 10593970 | VL EXT VENOUS DUPLEX BIL | | 857.00 |
| 12/15/07 | 70110017 | BASIC METABOLIC PANEL | | 69.00 |
| 12/16/07 | 70110017 | BASIC METABOLIC PANEL | | 69.00 |
| 12/15/07 | 70110088 | MAGNESIUM | | 55.00 |
| 12/15/07 | 70110099 | PHOSPHORUS, INORGANIC | | 40.00 |
| 12/15/07 | 70120007 | CBC | | 53.00 |
| 12/16/07 | 70120007 | CBC | | 53.00 |
| 12/15/07 | 70170023 | PARATHORMONE | | 317.00 |
| 12/15/07 | 70220001 | VENIPUNCTURE | | 19.00 |
| 12/16/07 | 70220001 | VENIPUNCTURE | | 19.00 |
| 12/15/07 | 70700055 | POTASSIUM CL INJ 20MEQ/10ML | (QTY OF 0002) | 3.78 |
| 12/15/07 | 70702095 | SODIUM CHLORIDE .9% 500ML INJ | | 35.00 |
| 12/15/07 | 70701159 | AMITRIPTYLINE HCL 25MG TAB | | 0.00 |
| 12/15/07 | 70708178 | ENOXAPARIN NA 10MG INJ (40MG) | | 113.61 |
| 12/15/07 | 70703649 | METOPROLOL 50MG TAB | (QTY OF 0002) | 0.00 |
| 12/16/07 | 70703686 | FUROSEMIDE 20MG INJ (40MG/4ML) | (QTY OF 0002) | 10.08 |
| 12/16/07 | 70703750 | IBUPROFEN 600MG TAB | (QTY OF 0005) | 0.00 |
| 12/16/07 | 70704378 | ASPRIN EC 325MG TAB | | 0.00 |
| 12/16/07 | 70704112 | SULFAMETHOXAZ./TRIMETHOPRIM DS | (QTY OF 0004) | 0.00 |
| 12/16/07 | 70702951 | POTASSIUM CL 20MEQ SA TAB | (QTY OF 0002) | 0.00 |
| 12/16/07 | 70701159 | AMITRIPTYLINE HCL 25MG TAB | | 0.00 |
| 12/16/07 | 70704378 | ASPRIN EC 325MG TAB | | 0.00 |
| 12/16/07 | 70708178 | ENOXAPARIN NA 10MG INJ (40MG) | | 113.61 |
| 12/16/07 | 70703686 | FUROSEMIDE 20MG INJ (40MG/4ML) | | 5.04 |
| 12/16/07 | 70703750 | IBUPROFEN 600MG TAB | (QTY OF 0004) | 0.00 |

```
              E M O R Y   H E A L T H C A R E           PAGE    2
                EMORY CRAWFORD LONG HOSPITAL        11/24/08 06:58
                PATIENT STATEMENT OF ACCOUNT - DETAIL
```

PATIENT NAME: WILLIAMS, HATTIE M        ACCOUNT NBR:   001147029-7349

| SRV DATE | REF NBR | DESCRIPTION | | |
|---|---|---|---|---|
| 12/16/07 | 70703649 | METOPROLOL 50MG TAB | (QTY OF 0002) | 0.00 |
| 12/16/07 | 70704112 | SULFAMETHOXAZ./TRIMETHOPRIM DS | (QTY OF 0004) | 0.00 |
| 12/16/07 | 70701281 | VALSARTAN 160MG TAB | | 0.00 |
| 12/17/07 | 70110017 | BASIC METABOLIC PANEL | | 69.00 |
| 12/17/07 | 70130032 | CBC AND AUTO DIFF | | 62.00 |
| 12/17/07 | 70220001 | VENIPUNCTURE | | 19.00 |
| 12/17/07 | 62508565 | TRIPLE-CARE CLEANSER 8 OZ | | 12.00 |
| 12/16/07 | 70703649 | METOPROLOL 50MG TAB | (QTY OF 0002) | 0.00 |
| 12/17/07 | 70708194 | VALSARTAN 80MG CAP | | 0.00 |
| 12/17/07 | 70703750 | IBUPROFEN 600MG TAB | (QTY OF 0004) | 0.00 |
| 12/17/07 | 70702951 | POTASSIUM CL 20MEQ SA TAB | | 0.00 |
| 12/17/07 | 70704112 | SULFAMETHOXAZ./TRIMETHOPRIM DS | (QTY OF 0002) | 0.00 |
| 12/17/07 | 70703276 | SILVR SULFADIAZIN 1% CRM 400GM | | 39.31 |
| 12/17/07 | 70700564 | FUROSEMIDE 40MG TAB | | 0.00 |
| 12/17/07 | 70701159 | AMITRIPTYLINE HCL 25MG TAB | | 0.00 |
| 12/17/07 | 70704378 | ASPRIN EC 325MG TAB | | 0.00 |
| 12/17/07 | 70708178 | ENOXAPARIN NA 10MG INJ (40MG) | | 113.61 |
| 12/17/07 | 70700564 | FUROSEMIDE 40MG TAB | | 0.00 |
| 12/17/07 | 70703649 | METOPROLOL 50MG TAB | (QTY OF 0002) | 0.00 |
| 12/17/07 | 70702951 | POTASSIUM CL 20MEQ SA TAB | | 0.00 |
| 12/17/07 | 70704112 | SULFAMETHOXAZ./TRIMETHOPRIM DS | (QTY OF 0003) | 0.00 |
| 12/17/07 | 70708194 | VALSARTAN 80MG CAP | | 0.00 |
| 12/18/07 | 70110017 | BASIC METABOLIC PANEL | | 69.00 |
| 12/18/07 | 70120007 | CBC | | 53.00 |
| 12/18/07 | 70220001 | VENIPUNCTURE | | 19.00 |
| 12/17/07 | 10693320 | Doppler echo; complete | | 344.00 |
| 12/17/07 | 10693325 | Doppler color flow velocity ma | | 580.00 |
| 12/17/07 | 10693307 | Echo transthor,  (2D); complet | | 763.00 |
| 12/15/07 | 11590071 | EMERG DEPT COMPREHENSIVE CARE | | 747.00 |
| 12/15/07 | 11590774 | IV PUSH INJECT-SINGLE/INITIAL | | 77.00 |
| 12/18/07 | 70703628 | PNEUMOCOCCAL VACCINE .25MG SYR | | 96.22 |
| 12/18/07 | 70702219 | INFLUENZA VAC. 0.5ML ONE DOSE | | 17.31 |
| 12/18/07 | 70701159 | AMITRIPTYLINE HCL 25MG TAB | | 0.00 |
| 12/18/07 | 70704378 | ASPRIN EC 325MG TAB | | 0.00 |
| 12/18/07 | 70708178 | ENOXAPARIN NA 10MG INJ (40MG) | | 113.61 |
| 12/18/07 | 70700564 | FUROSEMIDE 40MG TAB | | 0.00 |
| 12/18/07 | 70703649 | METOPROLOL 50MG TAB | (QTY OF 0002) | 0.00 |
| 12/18/07 | 70707584 | POTASSIUM CL 10MEQ CAP | | 0.00 |
| 12/18/07 | 70704112 | SULFAMETHOXAZ./TRIMETHOPRIM DS | (QTY OF 0003) | 0.00 |
| 12/18/07 | 70708194 | VALSARTAN 80MG CAP | | 0.00 |
| 12/18/07 | 16176775 | US RETROPERITONEUM LTD | | 431.00 |
| | | -- WE HAVE BILLED THE FOLLOWING INSURANCE(S) -- | | |
| | | MEDICAID | 12/15/07 - 02/18/08 | |
| 01/30/08 | 50009003 | DISCOUNT - MEDICAID INPATIEN SERVICE ON 12/15/07 | | 5782.19- |
| | | MEDICAID | | |
| 01/30/08 | 50009004 | DISCOUNT RVRSL - MEDICAID IN SERVICE ON 12/15/07 | | 5782.19 |
| | | MEDICAID | | |
| 02/19/08 | 51001052 | MEDICAID NONCOVERED CHARGES  SERVICE ON 12/15/07 | | 212.00- |
| | | MEDICAID | | |
| 02/18/08 | 50009003 | DISCOUNT - MEDICAID INPATIEN SERVICE ON 12/15/07 | | 4896.99- |

```
                    E M O R Y   H E A L T H C A R E          PAGE    3
                    EMORY CRAWFORD LONG HOSPITAL          11/24/08 06:58
                    PATIENT STATEMENT OF ACCOUNT - DETAIL
```

PATIENT NAME: WILLIAMS, HATTIE M          ACCOUNT NBR:     001147029-7349

```
SRV DATE REF NBR                    DESCRIPTION
                    MEDICAID
03/04/08 40001040 MEDICAID PAYMENT              SERVICE ON 12/15/07     1431.79-
                    MEDICAID
03/04/08 52008099 CONTRACTUAL ADJUSTMENT        SERVICE ON 12/15/07      495.11
                    MEDICAID
```

```
      REMIT TO
EMORY CRAWFORD LONG HOSP.        BEGINNING BALANCE              0.00
550 PEACHTREE STREET, N.E        NEW CHARGES/ADJUSTMENTS     12322.97
                                 NEW PAYMENTS/CREDITS        12322.97-
ATLANTA          GA 303652225    CURRENT ACCOUNT BALANCE        0.00
```

MAKE CHECK PAYABLE TO:   EMORY CRAWFORD LONG HOSP.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
PATIENT ACCOUNTS                 PHONE: (404) 686-2422

```
              E M O R Y   H E A L T H C A R E          PAGE     1
                 EMORY CRAWFORD LONG HOSPITAL         11/24/08 06:58
               PATIENT STATEMENT OF ACCOUNT - DETAIL
```

PATIENT NAME: WILLIAMS, HATTIE MAE        ACCOUNT NBR:   000259181-8127
                                          BILLING PERIOD: 05/06/08 11/24/08

```
              BILL TO
        HATTIE MAE WILLIAMS
        1053 LINMAN AVE SE
        APT 5
        ATLANTA          GA 30315
        UNITED STATES
```

| SRV DATE | REF NBR | DESCRIPTION | |
|---|---|---|---|
| 05/06/08 | 70110049 | COMPREHENSIVE METABOLIC PANEL | 84.00 |
| 05/06/08 | 70130032 | CBC AND AUTO DIFF | 62.00 |
| 05/06/08 | 70120034 | D-DIMER, QUANTITATIVE | 80.00 |
| 05/06/08 | 70704114 | HYDROCODONE/ACETAMINOPHEN TAB | 1.37 |
| 05/06/08 | 70704810 | MIDAZOLAM INJ 2MG/2ML VIAL (QTY OF 0002) | 13.16 |
| 05/06/08 | 70702884 | FENTANYL 0.1MG/2ML INJ | 2.28 |
| 05/06/08 | 15573020 | SHOULDER, LIMITED | 137.00 |
| 05/07/08 | 15500100 | PORTABLE PROCEDURE | 0.00 |
| 05/06/08 | 15573030 | SHOULDER, COMPLETE | 160.00 |
| 05/06/08 | 70704810 | MIDAZOLAM INJ 2MG/2ML VIAL | 6.58- |
| 05/06/08 | 11500071 | EMERG DEPT COMPREHENSIVE CARE | 747.00 |
| 05/06/08 | 11590774 | IV PUSH INJECT-SINGLE/INITIAL | 77.00 |
| 05/06/08 | 11590775 | IV PUSH INJECT-EA ADD/SEQUENTI | 77.00 |
| 06/23/08 | 54001021 | SP 25% WRITE OFF | 358.55- |
| 09/11/08 | 53001020 | OFC WRITE-OFF | 1075.68- |

```
     REMIT TO
EMORY CRAWFORD LONG HOSP.     BEGINNING BALANCE              0.00
550 PEACHTREE STREET, N.E     NEW CHARGES/ADJUSTMENTS      1440.81
                              NEW PAYMENTS/CREDITS         1440.81-
ATLANTA        GA 303652225   CURRENT ACCOUNT BALANCE         0.00

MAKE CHECK PAYABLE TO:   EMORY CRAWFORD LONG HOSP.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
PATIENT ACCOUNTS              PHONE: (404) 686-2422
```

```
                    E M O R Y  H E A L T H C A R E            PAGE    1
                    EMORY CRAWFORD LONG HOSPITAL         11/24/08 06:58
                    PATIENT STATEMENT OF ACCOUNT - DETAIL

  PATIENT NAME: WILLIAMS, HATTIE MAE       ACCOUNT NBR:    000259181-8226
                                           BILLING PERIOD: 08/14/08 11/24/08
                    BILL TO
            HATTIE MAE WILLIAMS
            1053 LINMAN AVE SE
            APT 5
            ATLANTA          GA 30315
            UNITED STATES


SRV DATE REF NBR                    DESCRIPTION
08/13/08 15393721 PLETHYSMOGRAPHY, TOTAL BODY, T              117.00
08/13/08 15394060 BRONCHOSP EVAL BRONCHODILATOR               208.00
08/13/08 15394720 CARBON MONOXIDE DIFFUSING CAP               216.00
                  -- WE HAVE BILLED THE FOLLOWING INSURANCE(S) --
                  EVERCARE UHC (MCR) OUTPT     08/14/08 - 08/27/08
09/16/08 40001050 MEDICARE PAYMENT            SERVICE ON 08/13/08   342.15-
                  EVERCARE UHC (MCR) OUTPT
09/16/08 52008099 CONTRACTUAL ADJUSTMENT      SERVICE ON 08/13/08   135.25-
                  EVERCARE UHC (MCR) OUTPT
09/16/08          YOUR INSURANCE HAS PAID, BALANCE DUE FROM YOU.


       REMIT TO
EMORY CRAWFORD LONG HOSP.      BEGINNING BALANCE              0.00
550 PEACHTREE STREET, N.E      NEW CHARGES/ADJUSTMENTS       541.00
                               NEW PAYMENTS/CREDITS          477.40-
ATLANTA        GA 303652225    CURRENT ACCOUNT BALANCE        63.60

MAKE CHECK PAYABLE TO:   EMORY CRAWFORD LONG HOSP.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
PATIENT ACCOUNTS               PHONE: (404) 686-2422
```

```
                E M O R Y   H E A L T H C A R E        PAGE    1
                EMORY CRAWFORD LONG HOSPITAL        11/24/08 06:58
                PATIENT STATEMENT OF ACCOUNT - DETAIL
```

PATIENT NAME: WILLIAMS, HATTIE MAE       ACCOUNT NBR:   000259181-8227
                                         BILLING PERIOD:       11/24/08

          BILL TO
       EMORY CLINIC RAD CLOSED
       550 PEACTREE STREET
       ATT: BUSINESS OFFICE
       ATLANTA          GA 30308
       UNITED STATES


SRV DATE REF NBR                 DESCRIPTION




      REMIT TO
EMORY CRAWFORD LONG HOSP.      BEGINNING BALANCE              0.00
550 PEACHTREE STREET, N.E      NEW CHARGES/ADJUSTMENTS        0.00
                               NEW PAYMENTS/CREDITS           0.00
ATLANTA        GA 303652225    CURRENT ACCOUNT BALANCE        0.00

MAKE CHECK PAYABLE TO:   EMORY CRAWFORD LONG HOSP.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
PATIENT ACCOUNTS              PHONE: (404) 686-2422

```
                    E M O R Y   H E A L T H C A R E          PAGE    1
                      EMORY CRAWFORD LONG HOSPITAL          11/24/08 06:58
                    PATIENT STATEMENT OF ACCOUNT - DETAIL
```

PATIENT NAME: WILLIAMS, HATTIE MAE        ACCOUNT NBR:    000259181-8248
                                          BILLING PERIOD: 09/22/08 11/24/08

```
            BILL TO
        HATTIE MAE WILLIAMS
        1053 LINMAN AVE SE
        APT 5
        ATLANTA          GA 30315
        UNITED STATES
```

| SRV DATE | REF NBR | DESCRIPTION | | |
|---|---|---|---|---|
| 09/22/08 | 70110067 | GLUCOSE; QUANTITATIVE | (QTY OF 0002) | 74.00 |
| 09/22/08 | 70110104 | POTASSIUM; SERUM | (QTY OF 0002) | 80.00 |
| 09/22/08 | 70110123 | SODIUM; SERUM | | 43.00 |
| 09/22/08 | 70120019 | HEMATOCRIT | (QTY OF 0002) | 50.00 |
| 09/22/08 | 70120021 | HEMOGLOBIN | (QTY OF 0002) | 50.00 |
| 09/22/08 | 70170875 | GLUCOSE, BLOOD BY GMD | | 14.00 |
| 09/22/08 | 14900100 | ANESTHESIA TIME, ONE MINUTE | (QTY OF 0078) | 936.00 |
| 09/22/08 | 10893005 | EKG 12 LEADS; TRACING ONLY | | 100.00 |
| 09/22/08 | 62122108 | PACK LAP T-SHEET | | 17.00 |
| 09/22/08 | 62122237 | STAPLER SKIN APPOSE 35R/35W | | 20.00 |
| 09/22/08 | 65130520 | SUTURE VICRYL 0 CTX | | 5.00 |
| 09/22/08 | 62121148 | SUTURE SILK PRECUT | | 6.00 |
| 09/22/08 | 62121148 | SUTURE SILK PRECUT | | 6.00 |
| 09/22/08 | 62121090 | STEREC BASIC PACK W/ STD GOWN | | 43.00 |
| 09/22/08 | 62121091 | STEREC BASIN MAJOR SET INPT | | 24.00 |
| 09/22/08 | 62500147 | GLOVE STERILE LATEX | | 0.00 |
| 09/22/08 | 62506123 | KNIFE BLADE AND TIP | | 12.00 |
| 09/22/08 | 62139791 | CHLORAPREP 26ML W-TINT APPLICA | | 21.00 |
| 09/22/08 | 62130870 | SUTURE PROLENE | | 18.00 |
| 09/22/08 | 62125261 | HEMOCLIP TITANIUM MEDIUM | | 11.00 |
| 09/22/08 | 62122076 | BOVIE GROUNDING PAD | | 9.00 |
| 09/22/08 | 62123708 | BOVIE PENCIL HAND CONTROL/HOLS | | 9.00 |
| 09/22/08 | 62123864 | SUTURE MONOCRYL | | 12.00 |
| 09/22/08 | 62120330 | DRAPE SHEET LARGE | | 9.00 |
| 09/22/08 | 62125021 | SUTURE BOOT | | 5.00 |
| 09/22/08 | 62125253 | HEMOCLIP TITANIUM SMALL | | 9.00 |
| 09/22/08 | 14300100 | OR TIME, ONE MINUTE | (QTY OF 0078) | 3822.00 |
| 09/22/08 | 62130870 | SUTURE PROLENE | | 18.00 |
| 09/22/08 | 70702944 | NS IRRIG 1000ML BTL | | 8.09 |
| 09/22/08 | 62500134 | PREP TRAY SCRUB W/BETADINE | | 11.00 |
| 09/22/08 | 14701006 | PREOP TIME PER MIN (NO CHARGE) | (QTY OF 0162) | 0.00 |
| 09/22/08 | 14700015 | RECOVERY LEVEL 3, ONE MINUTE | (QTY OF 0097) | 1164.00 |
| 09/22/08 | 70704094 | LABETALOL INJ 100MG/20ML AMP | | 17.50 |
| 09/22/08 | 70700970 | VANCOMYCIN 1GM/NS INJ | | 53.03 |
| 09/22/08 | 70701952 | GELATIN ABSORB 100CMSQ DRESS | | 150.36 |
| 09/22/08 | 70703215 | BUPIVACAINE .5% INJ 30ML VIAL | | 22.19 |
| 09/22/08 | 70704855 | THROMBIN 5000U POWDER 1 VIAL | | 376.25 |
| 09/22/08 | 70704049 | HEPARIN SOD INJ 1000U/1ML 30ML | | 12.60 |
| 09/22/08 | 70702884 | FENTANYL 0.1MG/2ML INJ | | 2.28 |
| 09/22/08 | 70704810 | MIDAZOLAM INJ 2MG/2ML VIAL | | 6.58 |
| 09/22/08 | 70709892 | DIPRIVAN 20ML AMP | | 46.90 |

```
            E M O R Y   H E A L T H C A R E              PAGE    2
              EMORY CRAWFORD LONG HOSPITAL            11/24/08 06:58
              PATIENT STATEMENT OF ACCOUNT - DETAIL
```

PATIENT NAME: WILLIAMS, HATTIE MAE        ACCOUNT NBR:    000259181-8248

```
SRV DATE REF NBR                     DESCRIPTION
09/22/08 70704626 DIPHENHYDRAMINE INJ 50MG/1ML                        4.20
09/22/08 70704799 FAMOTIDINE 20MG/2ML VIAL                            0.00
09/22/08 70707250 LIDOCAINE 20MG/ML OR SYRINGE                       10.35
09/22/08 62505575 BP SENSACUFF ADULT                                 30.00
09/22/08 62506288 NASAL CANNULA                                      14.00
09/22/08 62508727 IV SET MICRODRIP N/VENT           (QTY OF 0002)    20.00
09/22/08 62509311 IV EXT 2-WAY W/REFLX VALV NURS                      8.00
09/22/08 62503142 IV EXT THREE PORT ADAPTER                           9.00
09/22/08 70700232 SODIUM CHLORIDE .9% 250ML INJ                      35.00
09/22/08 62124051 IV STOPCOCK 3 WAY TRIPLE WALRU                     16.00
                 -- WE HAVE BILLED THE FOLLOWING INSURANCE(S) --
                 EVERCARE UHC (MCR) OUTPT        09/22/08 - 09/29/08
10/13/08 40001020 INSURANCE PAYMENT          SERVICE ON 09/22/08    716.78-
                 EVERCARE UHC (MCR) OUTPT
10/13/08 52008099 CONTRACTUAL ADJUSTMENT     SERVICE ON 09/22/08   6723.55-
                 EVERCARE UHC (MCR) OUTPT
```

```
     REMIT TO
EMORY CRAWFORD LONG HOSP.      BEGINNING BALANCE              0.00
550 PEACHTREE STREET, N.E      NEW CHARGES/ADJUSTMENTS     7440.33
                               NEW PAYMENTS/CREDITS        7440.33-
ATLANTA            GA 303652225  CURRENT ACCOUNT BALANCE       0.00
```

MAKE CHECK PAYABLE TO:    EMORY CRAWFORD LONG HOSP.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
PATIENT ACCOUNTS                  PHONE: (404) 686-2422

EMORY HEALTHCARE

# EMORY CRAWFORD LONG HOSPITAL
550 PEACHTREE STREET, NE    ATLANTA, GEORGIA 30308-2225

| PATIENT NAME | ACCOUNT NUMBER | PT | FROM | THRU | STATEMENT DATE |
|---|---|---|---|---|---|
| WILLIAMS, HATTIE M | 000257750-7313 | ER | 11/09/07 | | 11/17/07 |

| BILL TO | SEND PAYMENT TO |
|---|---|
| HATTIE M WILLIAMS<br>348 ELEANOR ST<br>ATLANTA          GA 30317<br>UNITED STATES | EMORY CRAWFORD LONG HOSPITAL<br>P.O. BOX 406939<br>ATLANTA, GEORGIA 30384-6939 |

FOR BILLING INFORMATION CALL    PATIENT ACCOUNTS          PHONE 404-686-2422

MEDICARE B                      MCB

| PATIENT NAME | ACCOUNT NUMBER | STMT DATE | PAGE | INSURANCE PORTION IS COMPUTED |
|---|---|---|---|---|
| WILLIAMS, HATTIE M | 000257750-7313 | 11/17/07 | SM01 | ACCORDING TO THE INFORMATION PROVIDED BY YOUR INS. CARRIER |

| SERVICE DATE | REFERENCE NO. | DESCRIPTION | TOTAL | INSURANCE PORTION | PATIENT PORTION |
|---|---|---|---|---|---|
| | | Thank you for using Emory Crawford Long Hospital. This is not a bill. This is a summary of hospital services only. You may receive an additional statement from The Emory Clinic, Inc. for physician services. | | | |
| | | --- SUMMARY OF CHARGES --- | | | |
| | | ROOM CHARGES | | | |
| | | TOTAL ROOM CHARGES | .00 | | |
| | | ANCILLARY CHARGES | | | |
| | 032 | DX X-RAY | 183.00 | 183.00 | |
| | 045 | EMERG ROOM | 133.00 | 133.00 | |
| | | TOTAL ANCILLARY CHARGES | 316.00 | 316.00 | |
| | | TOTAL CHARGES AND INSURANCE | 316.00 | 316.00 | |

# EMORY HEALTHCARE

## EMORY CRAWFORD LONG HOSPITAL
### 550 PEACHTREE STREET, NE    ATLANTA, GEORGIA 30308-2225

| WILLIAMS, HATTIE M | 000257750-7340 | OS | 12/06/07 | 12/06/07 | 12/16/07 |
|---|---|---|---|---|---|

| | |
|---|---|
| HATTIE M WILLIAMS<br>348 ELEANOR STREET<br>ATLANTA          GA 30317<br>UNITED STATES | EMORY CRAWFORD LONG HOSPITAL<br>P.O. BOX 406939<br>ATLANTA, GEORGIA 30384-6939 |

FOR BILLING INFORMATION CALL    PATIENT ACCOUNTS         PHONE 404-686-2422

MEDICARE HMO GENERIC OTPT   MGO

| WILLIAMS, HATTIE M | 000257750-7340 | 12/16/07 | SM01 | INSURANCE PORTION IS COMPUTED ACCORDING TO THE INFORMATION PROVIDED BY YOUR INS. CARRIER |
|---|---|---|---|---|

> Thank you for using Emory Crawford Long Hospital.
> This is not a bill. This is a summary of hospital services only.
> You may receive an additional statement from The Emory
> Clinic, Inc. for physician services.

--- SUMMARY OF CHARGES ---

ROOM CHARGES

| | | | |
|---|---|---|---|
| | TOTAL ROOM CHARGES | .00 | |
| | ANCILLARY CHARGES | | |
| 032 | DX X-RAY | 260.00 | 260.00 |
| | TOTAL ANCILLARY CHARGES | 260.00 | 260.00 |
| | TOTAL CHARGES AND INSURANCE | 260.00 | 260.00 |

```
                    E M O R Y   H E A L T H C A R E              PAGE    1
                     EMORY CRAWFORD LONG HOSPITAL        11/24/08 06:57
                    PATIENT STATEMENT OF ACCOUNT - DETAIL

PATIENT NAME: WILLIAMS, HATTIE M          ACCOUNT NBR:   000257750-7313
                                          BILLING PERIOD: 11/09/07 11/24/08
                   BILL TO
              HATTIE M WILLIAMS
              348 ELEANOR STREET SE
              ATLANTA          GA 30317
              UNITED STATES




SRV DATE REF NBR                   DESCRIPTION
11/09/07 15573564 KNEE, COMPLETE                                      183.00
11/09/07 11500382 LEV 3 HOSP TYPE B ED VISIT                          133.00
                  -- WE HAVE BILLED THE FOLLOWING INSURANCE(S) --
                  MEDICARE HMO GENERIC OTPT      11/09/07 - 03/03/08
11/17/07 50009001 DISCOUNT - MEDICARE INPATIEN SERVICE ON 11/09/07    240.16-
                  MEDICARE B
12/13/07 40001050 MEDICARE PAYMENT             SERVICE ON 11/09/07    100.72-
                  MEDICARE B
12/13/07 52008099 CONTRACTUAL ADJUSTMENT       SERVICE ON 11/09/07     50.06
                  MEDICARE B
12/18/07 41001055 MEDICARE PMNT REVERSAL       SERVICE ON 11/09/07    100.72
                  MEDICARE B
12/18/07 52008099 CONTRACTUAL ADJUSTMENT       SERVICE ON 11/09/07    190.10
                  MEDICARE B
11/17/07 50009002 DISCOUNT RVRSL - MEDICARE IN SERVICE ON 11/09/07    240.16
                  MEDICARE B
03/03/08 50009001 DISCOUNT - MEDICARE INPATIEN SERVICE ON 11/09/07    240.16-
                  MEDICARE HMO GENERIC OTPT
03/18/08 40001020 INSURANCE PAYMENT            SERVICE ON 11/09/07     75.90-
                  MEDICARE HMO GENERIC OTPT
03/18/08 52008099 CONTRACTUAL ADJUSTMENT       SERVICE ON 11/09/07     50.06
                  MEDICARE HMO GENERIC OTPT
03/18/08 52008099 CONTRACTUAL ADJUSTMENT       SERVICE ON 11/09/07    240.16-
                  MEDICARE HMO GENERIC OTPT
03/21/08 54001150 SMALL BALANCE WRITE-OFF                             50.00-




      REMIT TO
EMORY CRAWFORD LONG HOSP.      BEGINNING BALANCE                0.00
550 PEACHTREE STREET, N.E      NEW CHARGES/ADJUSTMENTS        947.10
                               NEW PAYMENTS/CREDITS           947.10-
ATLANTA         GA 303652225   CURRENT ACCOUNT BALANCE          0.00

MAKE CHECK PAYABLE TO:   EMORY CRAWFORD LONG HOSP.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
PATIENT ACCOUNTS                   PHONE: (404) 686-2422
```

```
                    E M O R Y   H E A L T H C A R E          PAGE    1
                    EMORY CRAWFORD LONG HOSPITAL       11/24/08 06:57
                    PATIENT STATEMENT OF ACCOUNT - DETAIL
```

PATIENT NAME: WILLIAMS, HATTIE M          ACCOUNT NBR:   000257750-8030
                                          BILLING PERIOD: 02/07/08 11/24/08

```
              BILL TO
         HATTIE M WILLIAMS
         348 ELEANOR STREET SE
         ATLANTA        GA 30317
         UNITED STATES
```

| SRV DATE | REF NBR | DESCRIPTION | |
|----------|---------|-------------|---|
| 02/07/08 | 15777057 | MAMMO SCREENING BILAT | 158.00 |
| 02/07/08 | 15777052 | CAD SCREENING MAMMO | 47.00 |
| | | -- WE HAVE BILLED THE FOLLOWING INSURANCE(S) -- | |
| | | MEDICARE HMO GENERIC OTPT    02/07/08 - 02/29/08 | |
| 02/29/08 | 50009001 | DISCOUNT - MEDICARE INPATIEN SERVICE ON 02/07/08 | 155.80- |
| | | MEDICARE HMO GENERIC OTPT | |
| 03/17/08 | 40001020 | INSURANCE PAYMENT          SERVICE ON 02/07/08 | 63.68- |
| | | MEDICARE HMO GENERIC OTPT | |
| 03/17/08 | 52008099 | CONTRACTUAL ADJUSTMENT     SERVICE ON 02/07/08 | 141.32- |
| | | MEDICARE HMO GENERIC OTPT | |
| 03/17/08 | 52008099 | CONTRACTUAL ADJUSTMENT     SERVICE ON 02/07/08 | 155.80 |
| | | MEDICARE HMO GENERIC OTPT | |

```
       REMIT TO
EMORY CRAWFORD LONG HOSP.        BEGINNING BALANCE              0.00
550 PEACHTREE STREET, N.E        NEW CHARGES/ADJUSTMENTS       360.80
                                 NEW PAYMENTS/CREDITS          360.80-
ATLANTA         GA 303652225     CURRENT ACCOUNT BALANCE         0.00
```

MAKE CHECK PAYABLE TO:   EMORY CRAWFORD LONG HOSP.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
PATIENT ACCOUNTS              PHONE: (404) 686-2422

```
            E M O R Y   H E A L T H C A R E              PAGE    1
              EMORY CRAWFORD LONG HOSPITAL          11/24/08 06:58
              PATIENT STATEMENT OF ACCOUNT - DETAIL
```

PATIENT NAME: WILLIAMS, HATTIE M          ACCOUNT NBR:    000257750-8150
                                          BILLING PERIOD:        11/24/08
                    BILL TO
          NEUROPHYSIOLO LABORATORY
          550 PEACHTREE ST
          ATTN: PATIENT ACCOUNTS
          ATLANTA            GA 30308
          UNITED STATES


SRV DATE REF NBR                    DESCRIPTION


         REMIT TO
EMORY CRAWFORD LONG HOSP.        BEGINNING BALANCE              0.00
550 PEACHTREE STREET, N.E        NEW CHARGES/ADJUSTMENTS        0.00
                                 NEW PAYMENTS/CREDITS           0.00
ATLANTA          GA 303652225    CURRENT ACCOUNT BALANCE        0.00

MAKE CHECK PAYABLE TO:    EMORY CRAWFORD LONG HOSP.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
PATIENT ACCOUNTS                 PHONE: (404) 686-2422

```
              E M O R Y   H E A L T H C A R E          PAGE    1
              EMORY CRAWFORD LONG HOSPITAL        11/24/08 06:58
              PATIENT STATEMENT OF ACCOUNT - DETAIL
```

PATIENT NAME: WILLIAMS, HATTIE M        ACCOUNT NBR:    000257750-8304
                                        BILLING PERIOD:        11/24/08

```
              BILL TO
      NEUROPHYSIOLO LABORATORY
      550 PEACHTREE ST
      ATTN: PATIENT ACCOUNTS
      ATLANTA            GA 30308
      UNITED STATES
```

SRV DATE REF NBR                    DESCRIPTION

```
      REMIT TO
EMORY CRAWFORD LONG HOSP.      BEGINNING BALANCE              0.00
550 PEACHTREE STREET, N.E      NEW CHARGES/ADJUSTMENTS        0.00
                               NEW PAYMENTS/CREDITS           0.00
ATLANTA        GA 303652225    CURRENT ACCOUNT BALANCE        0.00
```

MAKE CHECK PAYABLE TO:    EMORY CRAWFORD LONG HOSP.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
PATIENT ACCOUNTS              PHONE: (404) 686-2422

```
           E M O R Y   H E A L T H C A R E              PAGE    1
              EMORY CRAWFORD LONG HOSPITAL           11/24/08 06:58
              PATIENT STATEMENT OF ACCOUNT - DETAIL
```

PATIENT NAME: WILLIAMS, HATTIE M          ACCOUNT NBR:    000257750-8304
                                          BILLING PERIOD:       11/24/08

                   BILL TO
            NEUROPHYSIOLO LABORATORY
            550 PEACHTREE ST
            ATTN: PATIENT ACCOUNTS
            ATLANTA          GA 30308
            UNITED STATES


SRV DATE REF NBR                    DESCRIPTION


```
        REMIT TO
EMORY CRAWFORD LONG HOSP.      BEGINNING BALANCE              0.00
550 PEACHTREE STREET, N.E      NEW CHARGES/ADJUSTMENTS        0.00
                               NEW PAYMENTS/CREDITS           0.00
ATLANTA        GA 303652225    CURRENT ACCOUNT BALANCE        0.00
```

MAKE CHECK PAYABLE TO:   EMORY CRAWFORD LONG HOSP.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
PATIENT ACCOUNTS              PHONE: (404) 686-2422

# PEACHTREE NEUROLOGICAL CLINIC, P.C.

3200 Downwood Circle, N.W. - Suite 550
Atlanta, Georgia 30327
(404) 351-0205

## DOUGLAS S. STUART, M.D.                    REG. #

NAME  *Hattie Williams*

ADDRESS _____    Date *2/26/08*

℞  *Physical therapy eval and treat neck pain / R Cervical radiculopathy after a fall, also low back pain.*

LABEL

Refill - 1 2 3 4 5

Generic Substitution Permitted _____  M.D.

_____  M.D.  Dispensed as Written

February 08, 2008

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| | **This Claim was continued from the previous page.** | | | | | |
| 11/21/07-11/30/07 | Therapeutic exercises (97110) | 100.00 | 100.00 | 0.00 | 0.00 | b |
| | Therapeutic exercises (97110) | 100.00 | 100.00 | 0.00 | 0.00 | b |
| | Manual therapy (97140) | 81.00 | 81.00 | 0.00 | 0.00 | b |
| | Manual therapy (97140) | 81.00 | 81.00 | 0.00 | 0.00 | b |
| | Manual therapy (97140) | 81.00 | 81.00 | 0.00 | 0.00 | b |
| | Pt evaluation (97001) | 181.00 | 181.00 | 0.00 | 0.00 | b |
| Claim Total | | $880.00 | $880.00 | $0.00 | $0.00 | |

ГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГГ

Control number 20800800112302
Dekalb Medical Center
    2701 North Decatur Rd
    Decatur, GA 30033-5995
Referred by: Steven Smith

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Dekalb Medical Center | | | | | | b |
| 12/03/07-12/31/07 | Elec stim other than wound (G0283) | $76.00 | $76.00 | $0.00 | $0.00 | b |
| | Elec stim other than wound (G0283) | 76.00 | 76.00 | 0.00 | 0.00 | b |
| | Hot or cold packs therapy (97010) | 60.00 | 60.00 | 0.00 | 0.00 | d,e |
| | Hot or cold packs therapy (97010) | 60.00 | 60.00 | 0.00 | 0.00 | d,e |
| | Hot or cold packs therapy (97010) | 60.00 | 60.00 | 0.00 | 0.00 | d,e |
| | Therapeutic exercises (97110) | 100.00 | 100.00 | 0.00 | 0.00 | b |
| | Therapeutic exercises (97110) | 200.00 | 200.00 | 0.00 | 0.00 | b |
| | Therapeutic exercises (97110) | 200.00 | 200.00 | 0.00 | 0.00 | b |
| | Therapeutic exercises (97110) | 300.00 | 300.00 | 0.00 | 0.00 | b |
| | Therapeutic exercises (97110) | 200.00 | 200.00 | 0.00 | 0.00 | b |
| | Manual therapy (97140) | 81.00 | 81.00 | 0.00 | 0.00 | b |
| | Manual therapy (97140) | 81.00 | 81.00 | 0.00 | 0.00 | b |
| | Manual therapy (97140) | 162.00 | 162.00 | 0.00 | 0.00 | b |
| | Pt re-evaluation (97002) | 119.00 | 119.00 | 0.00 | 0.00 | f |
| Claim Total | | $1,775.00 | $1,775.00 | $0.00 | $0.00 | |

## Notes Section:

a  The amount Medicare paid the provider for this claim is $100.72.

b  Our records show that you are enrolled in a Medicare health plan.
   Your provider must bill this service to the plan.

c  The amount Medicare paid the provider for this claim is $0.00.

d  This is a duplicate of a charge already submitted.

(continued)

# PIEDMONT HOSPITAL

**STATEMENT OF ACCOUNT**

PIEDMONT HOSPITAL
P.O. BOX 102570
ATLANTA GA 30368-2570

FOR QUESTIONS REGARDING
THIS STATEMENT PLEASE CALL

**(678)842-2000**

| PATIENT: | PATIENT ACCOUNT NUMBER | DATE ADMITTED | DATE DISCHARGED | PAGE NO |
|---|---|---|---|---|
| WILLIAMS,HATTIE M | P0823400316 | 09/02/08 | 09/05/08 | 001 |

REFER TO THIS NUMBER
ON ALL CORRESPONDENCE

AMOUNT PAID: $ _____

| BILL TO | REMIT TO |
|---|---|
| HATTIE M WILLIAMS<br>348 ELEANOR STREET SE<br>ATLANTA, GA 30317 | PIEDMONT HOSPITAL<br>P.O. BOX 102570<br>ATLANTA GA 30368-2570<br><br>MAKE CHECKS PAYABLE TO THE ABOVE |

INSURANCE
1  155150 ADVANTRA FREEDOM/MCARE HMO
2  155750 ADVANTRA FREEDOM MCARE HMO P
3
4

METHOD OF PAYMENT
☐ CHECK          ☐ VISA  ☐ MasterCard  ☐ AMERICAN EXPRESS  ☐ DISCOVER
☐ MONEY ORDER
CARD # _____  EXP. DATE _____
SIGNATURE _____

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

| POSTING DATE | ORDER NO. | ITEM NO. | DESCRIPTION | QTY | ITEM PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 09/02/08 | 61 | 99000 | ROOM 432 P | 1 | 780.00 | 780.00 |
| 09/03/08 | 109 | 99000 | ROOM 432 P | 1 | 780.00 | 780.00 |
| 09/04/08 | 142 | 99000 | ROOM 432 P | 1 | 780.00 | 780.00 |
| | | | TOTAL MED-SUR-GY/PVT | | | 2,340.00 |
| | | | | | | |
| 09/02/08 | 48 | 395 | ANCEF 1GM INJ | 2 | 24.00 | 48.00 |
| 09/02/08 | 49 | 395 | ANCEF 1GM INJ | 2 | 24.00 | 48.00 |
| 09/02/08 | 35 | 1103 | DILAUDID 2MG/ML INJ | 1 | 30.00 | 30.00 |
| 09/02/08 | 32 | 1855 | VERSED 1MG/ML 2ML | 1 | 30.00 | 30.00 |
| 09/02/08 | 46 | 1962 | POTASSIUM CHLORIDE INJ | 1 | 24.00 | 24.00 |
| 09/02/08 | 52 | 3220 | KETOROLAC INJ 15 MG | 1 | 24.00 | 24.00 |
| 09/02/08 | 53 | 3220 | KETOROLAC INJ 15 MG | 4 | 24.00 | 96.00 |
| 09/02/08 | 166 | 3220 | KETOROLAC INJ 15 MG | -1 | 24.00 | 24.00CR |
| 09/02/08 | 33 | 3620 | LEVOFLOXACIN-D5W | 1 | 239.00 | 239.00 |
| 09/02/08 | 34 | 4344 | HYDROMORPHONE PCA 30 ML | 1 | 95.00 | 95.00 |
| 09/02/08 | 54 | 4639 | ESOMEPRAZOLE 40MG CAPSULE | 1 | 21.40 | 21.40 |
| 09/02/08 | 55 | 4639 | ESOMEPRAZOLE 40MG CAPSULE | 1 | 21.40 | 21.40 |
| | | | | | | |
| 09/03/08 | 99 | 3220 | KETOROLAC INJ 15 MG | 4 | 24.00 | 96.00 |
| 09/03/08 | 100 | 4639 | ESOMEPRAZOLE 40MG CAPSULE | 1 | 21.40 | 21.40 |
| | | | | | | |
| 09/04/08 | 135 | 395 | ANCEF 1GM INJ | 1 | 24.00 | 24.00 |
| 09/04/08 | 138 | 742 | BREVIBLOC 100MG/10ML | 1 | 122.00 | 122.00 |
| 09/04/08 | 122 | 1103 | DILAUDID 2MG/ML INJ | 1 | 30.00 | 30.00 |
| 09/04/08 | 139 | 1366 | TORADOL 30MG INJ | 1 | 24.00 | 24.00 |
| 09/04/08 | 140 | 1430 | XYLOCAINE 0.5% 50ML | 1 | 75.00 | 75.00 |
| 09/04/08 | 141 | 2367 | PROPOFOL 10MG/ML 20ML | 1 | 44.00 | 44.00 |
| 09/04/08 | 137 | 2734 | BUPIVACAINE 0.25% EPI 1-200 | 1 | 24.00 | 24.00 |
| 09/04/08 | 136 | 3671 | PHENYLEPHRINE 1000MCG/10ML | 1 | 26.00 | 26.00 |
| 09/04/08 | 127 | 3768 | FEXOFENADINE 60MG | 1 | 5.40 | 5.40 |
| 09/04/08 | 128 | 4639 | ESOMEPRAZOLE 40MG CAPSULE | 1 | 21.40 | 21.40 |
| 09/05/08 | 157 | 4639 | ESOMEPRAZOLE 40MG CAPSULE | 1 | 21.40 | 21.40 |

NOTE: AMOUNTS INDICATED TO BE PAID BY THIRD PARTIES ARE ESTIMATED BY THE HOSPITAL,
HOWEVER, THE PATIENT AND/OR RESPONSIBLE PARTY HAVE PERSONALLY GUARANTEED
PAYMENT AND ARE RESPONSIBLE FOR THE TOTAL CHARGES ON THIS STATEMENT.

**PAY THIS AMOUNT** 

Continued


**PIEDMONT HOSPITAL**

PATIENT FINANCIAL SERVICES
P.O. BOX 725507
ATLANTA, GA 31139
TAX ID: 58-0566213

IF YOU RECEIVED THE SERVICES OF AN EMERGENCY ROOM PHYSICIAN,
RADIOLOGIST, PATHOLOGIST AND/OR AN ANESTHESIOLOGIST
YOU MAY RECEIVE A SEPARATE BILL FOR THEIR CHARGES

← DIRECT ALL CORRESPONDENCE TO:

# PIEDMONT HOSPITAL

**STATEMENT OF ACCOUNT**

PIEDMONT HOSPITAL
P.O. BOX 102570
ATLANTA GA 30368-2570

FOR QUESTIONS REGARDING
THIS STATEMENT PLEASE CALL

**(678)842-2000**

PATIENT :

WILLIAMS,HATTIE M

| PATIENT ACCOUNT NUMBER | DATE ADMITTED | DATE DISCHARGED | PAGE NO |
|---|---|---|---|
| P0823400316 | 09/02/08 | 09/05/08 | 002 |

REFER TO THIS NUMBER
ON ALL CORRESPONDENCE

AMOUNT PAID: $ _____

| BILL TO | REMIT TO |
|---|---|
| HATTIE M WILLIAMS<br>348 ELEANOR STREET SE<br>ATLANTA, GA 30317 | PIEDMONT HOSPITAL<br>P.O. BOX 102570<br>ATLANTA GA 30368-2570 |

MAKE CHECKS PAYABLE TO THE ABOVE

INSURANCE
1   155150 ADVANTRA FREEDOM/MCARE HMO
2   155750 ADVANTRA FREEDOM MCARE HMO P
3
4

METHOD OF PAYMENT
☐ CHECK      ☐ VISA  ☐ MASTERCARD  ☐ AMERICAN EXPRESS  ☐ DISCOVER
☐ MONEY ORDER

CARD # _____  EXP. DATE _____

SIGNATURE _____

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

| POSTING DATE | ORDER NO. | ITEM NO. | DESCRIPTION | QTY | ITEM PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| | | | TOTAL PHARMACY | | | 1,187.40 |
| 09/02/08 | 50 | 2618 | DEXTROSE 5% 50ML IV | 1 | 55.00 | 55.00 |
| 09/02/08 | 51 | 2618 | DEXTROSE 5% 50ML IV | 1 | 55.00 | 55.00 |
| 09/02/08 | 36 | 2655 | DEXTROSE 5%-NACL 0.45%-KCL 2 | 1 | 63.00 | 63.00 |
| 09/02/08 | 47 | 2697 | DEXTROSE 5%-NACL 0.45% 1000M | 1 | 63.00 | 63.00 |
| 09/02/08 | 16 | 50728 | SOL LACTATED RINGERS 1000ML | 1 | 67.00 | 67.00 |
| 09/02/08 | 24 | 50728 | SOL LACTATED RINGERS 1000ML | 1 | 67.00 | 67.00 |
| 09/02/08 | 66 | 50728 | SOL LACTATED RINGERS 1000ML | 1 | 67.00 | 67.00 |
| 09/02/08 | 67 | 50729 | SOL SODIUM CHLORIDE INJ 1000 | 1 | 67.00 | 67.00 |
| 09/03/08 | 108 | 2660 | SODIUM CHLORIDE 0.9% 1000ML | 1 | 63.00 | 63.00 |
| | | | TOTAL IV SOLUTIONS | | | 567.00 |
| 09/02/08 | 44 | 1236 | HYDROCHLOROTHIAZIDE 50MG | 1 | 4.10 | 4.10 |
| 09/02/08 | 45 | 1236 | HYDROCHLOROTHIAZIDE 50MG | 1 | 4.10 | 4.10 |
| 09/02/08 | 38 | 1429 | LEVOTHYROXINE SODIUM 0.1MG T | 1 | 4.40 | 4.40 |
| 09/02/08 | 39 | 1429 | LEVOTHYROXINE SODIUM 0.1MG T | 1 | 4.40 | 4.40 |
| 09/02/08 | 40 | 1457 | LOVASTATIN 20MG TAB | 1 | 12.10 | 12.10 |
| 09/02/08 | 41 | 1457 | LOVASTATIN 20MG TAB | -1 | 12.10 | 12.10CR |
| 09/02/08 | 58 | 1457 | LOVASTATIN 20MG TAB | 1 | 12.10 | 12.10 |
| 09/02/08 | 59 | 1457 | LOVASTATIN 20MG TAB | 1 | 12.10 | 12.10 |
| 09/02/08 | 167 | 1457 | LOVASTATIN 20MG TAB | -1 | 12.10 | 12.10CR |
| 09/02/08 | 42 | 1551 | POTASSIUM CHLORIDE 10MEQ CAP | 1 | 4.20 | 4.20 |
| 09/02/08 | 43 | 1551 | POTASSIUM CHLORIDE 10MEQ CAP | 1 | 4.20 | 4.20 |
| 09/02/08 | 165 | 1551 | POTASSIUM CHLORIDE 10MEQ CAP | -1 | 4.20 | 4.20CR |
| 09/02/08 | 57 | 2072 | WARFARIN SODIUM | 1 | 6.60 | 6.60 |
| 09/02/08 | 60 | 2072 | WARFARIN SODIUM | 1 | 6.60 | 6.60 |
| 09/02/08 | 56 | 3618 | LEVOFLOXACIN 500MG TAB | 1 | 55.70 | 55.70 |
| 09/03/08 | 105 | 1102 | DILAUDID 2MG TAB | 1 | 6.10 | 6.10 |
| 09/03/08 | 106 | 1102 | DILAUDID 2MG TAB | 1 | 6.10 | 6.10 |
| 09/03/08 | 98 | 1236 | HYDROCHLOROTHIAZIDE 50MG | 1 | 4.10 | 4.10 |
| 09/03/08 | 96 | 1429 | LEVOTHYROXINE SODIUM 0.1MG T | 1 | 4.40 | 4.40 |
| 09/03/08 | 164 | 1429 | LEVOTHYROXINE SODIUM 0.1MG T | -1 | 4.40 | 4.40CR |
| 09/03/08 | 103 | 1457 | LOVASTATIN 20MG TAB | 1 | 12.10 | 12.10 |

NOTE:  AMOUNTS INDICATED TO BE PAID BY THIRD PARTIES ARE ESTIMATED BY THE HOSPITAL,
HOWEVER, THE PATIENT AND/OR RESPONSIBLE PARTY HAVE PERSONALLY GUARANTEED
PAYMENT AND ARE RESPONSIBLE FOR THE TOTAL CHARGES ON THIS STATEMENT.

**PAY THIS AMOUNT** ➡    Continued



PATIENT FINANCIAL SERVICES
P.O. BOX  725507
ATLANTA,  GA  31139
TAX ID:  58-0566213

IF YOU RECEIVED THE SERVICES OF AN EMERGENCY ROOM PHYSICIAN,
RADIOLOGIST, PATHOLOGIST AND/OR AN ANESTHESIOLOGIST
YOU MAY RECEIVE A SEPARATE BILL FOR THEIR CHARGES

⬅ **DIRECT ALL CORRESPONDENCE TO:**

# STATEMENT OF ACCOUNT

## PIEDMONT HOSPITAL

PIEDMONT HOSPITAL
P.O. BOX 102570
ATLANTA GA 30368-2570

FOR QUESTIONS REGARDING
THIS STATEMENT PLEASE CALL

(678)842-2000

'ATIENT :

| | PATIENT ACCOUNT NUMBER | DATE ADMITTED | DATE DISCHARGED | PAGE NO |
|---|---|---|---|---|
| WILLIAMS,HATTIE M | P0823400316 | 09/02/08 | 09/05/08 | 003 |

REFER TO THIS NUMBER
ON ALL CORRESPONDENCE

AMOUNT PAID: $ _____

| BILL TO | REMIT TO |
|---|---|
| HATTIE M WILLIAMS<br>348 ELEANOR STREET SE<br>ATLANTA, GA 30317 | PIEDMONT HOSPITAL<br>P.O. BOX 102570<br>ATLANTA GA 30368-2570 |

MAKE CHECKS PAYABLE TO THE ABOVE

I 1   155150 ADVANTRA FREEDOM/MCARE HMO
N 2   155750 ADVANTRA FREEDOM MCARE HMO P
3
4

METHOD OF PAYMENT
☐ CHECK      ☐ VISA  ☐ MASTERCARD  ☐ AMERICAN EXPRESS  ☐ DISCOVER
☐ MONEY ORDER

CARD # _____  EXP. DATE _____

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

SIGNATURE _____

| POSTING DATE | ORDER NO. | ITEM NO. | DESCRIPTION | QTY | ITEM PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 09/03/08 | 97 | 1551 | POTASSIUM CHLORIDE 10MEQ CAP | 1 | 4.20 | 4.20 |
| 09/03/08 | 101 | 1723 | MILK OF MAGNESIUM 30ML | 1 | 4.20 | 4.20 |
| 09/03/08 | 104 | 2072 | WARFARIN SODIUM | 1 | 6.60 | 6.60 |
| 09/03/08 | 107 | 2117 | CLORPACTIN WCS-90 2GM POWDER | 1 | 19.25 | 19.25 |
| 09/03/08 | 102 | 3618 | LEVOFLOXACIN 500MG TAB | 1 | 55.70 | 55.70 |
| 09/04/08 | 132 | 1102 | DILAUDID 2MG TAB | 1 | 6.10 | 6.10 |
| 09/04/08 | 133 | 1102 | DILAUDID 2MG TAB | 1 | 6.10 | 6.10 |
| 09/04/08 | 126 | 1236 | HYDROCHLOROTHIAZIDE 50MG | 1 | 4.10 | 4.10 |
| 09/04/08 | 124 | 1429 | LEVOTHYROXINE SODIUM 0.1MG T | 1 | 4.40 | 4.40 |
| 09/04/08 | 131 | 1457 | LOVASTATIN 20MG TAB | 1 | 12.10 | 12.10 |
| 09/04/08 | 125 | 1551 | POTASSIUM CHLORIDE 10MEQ CAP | 1 | 4.20 | 4.20 |
| 09/04/08 | 134 | 2066 | WARFARIN SODIUM | 1 | 5.00 | 5.00 |
| 09/04/08 | 130 | 3618 | LEVOFLOXACIN 500MG TAB | 1 | 55.70 | 55.70 |
| 09/05/08 | 161 | 284 | BISACODYL 10MG SUPP | 1 | 4.10 | 4.10 |
| 09/05/08 | 160 | 1102 | DILAUDID 2MG TAB | 1 | 6.10 | 6.10 |
| 09/05/08 | 156 | 1236 | HYDROCHLOROTHIAZIDE 50MG | 1 | 4.10 | 4.10 |
| 09/05/08 | 154 | 1429 | LEVOTHYROXINE SODIUM 0.1MG T | 1 | 4.40 | 4.40 |
| 09/05/08 | 159 | 1457 | LOVASTATIN 20MG TAB | 1 | 12.10 | 12.10 |
| 09/05/08 | 155 | 1551 | POTASSIUM CHLORIDE 10MEQ CAP | 1 | 4.20 | 4.20 |
| 09/05/08 | 158 | 3618 | LEVOFLOXACIN 500MG TAB | 1 | 55.70 | 55.70 |
| | | | TOTAL NON-COVERED PHARMACY | | | 408.95 |
| 09/02/08 | 81 | 13780 | HOOD STERISHIELD STRYKER 700 | 3 | 96.00 | 288.00 |
| 09/02/08 | 70 | 21861 | STAPLER SKIN 35W | 1 | 27.00 | 27.00 |
| 09/02/08 | 71 | 28472 | KIT HEMODRAIN 1/8" | 1 | 44.00 | 44.00 |
| 09/02/08 | 73 | 28926 | DRILL TWIST SS 3.2MMX127MM | 1 | 73.00 | 73.00 |
| 09/02/08 | 76 | 29028 | WRAP FOOT LEFT & RIGHT | 1 | 408.00 | 408.00 |
| 09/02/08 | 74 | 29872 | BANDAGE ESMARK 6" DISP | 1 | 77.00 | 77.00 |
| 09/02/08 | 68 | 32819 | SUT TYPE A | 2 | 43.00 | 86.00 |
| 09/02/08 | 80 | 3693 | KIT VACUUM MIXEVAC II MIXER- | 1 | 271.00 | 271.00 |
| 09/02/08 | 69 | 38304 | SUT TYPE E | 3 | 11.00 | 33.00 |
| 09/02/08 | 22 | 40056 | RT OXYGEN PACU/OR | 1 | 51.00 | 51.00 |
| 09/02/08 | 75 | 51570 | SET HANDPIECE SURGILAV TIP/S | 1 | 235.00 | 235.00 |

NOTE:  AMOUNTS INDICATED TO BE PAID BY THIRD PARTIES ARE ESTIMATED BY THE HOSPITAL,
HOWEVER, THE PATIENT AND/OR RESPONSIBLE PARTY HAVE PERSONALLY GUARANTEED
PAYMENT AND ARE RESPONSIBLE FOR THE TOTAL CHARGES ON THIS STATEMENT.

PAY THIS
AMOUNT →                      Continued



PATIENT FINANCIAL SERVICES
P.O. BOX 725507
ATLANTA,  GA  31139
TAX I D :   58-0566213

IF YOU RECEIVED THE SERVICES OF AN EMERGENCY ROOM PHYSICIAN,
RADIOLOGIST, PATHOLOGIST AND/OR AN ANESTHESIOLOGIST
YOU MAY RECEIVE A SEPARATE BILL FOR THEIR CHARGES

← DIRECT ALL CORRESPONDENCE TO:

## STATEMENT OF ACCOUNT

PIEDMONT HOSPITAL
P.O. BOX 102570
ATLANTA GA 30368-2570

FOR QUESTIONS REGARDING
THIS STATEMENT PLEASE CALL
(678)842-2000

PATIENT :

WILLIAMS,HATTIE M

| PATIENT ACCOUNT NUMBER | DATE ADMITTED | DATE DISCHARGED | PAGE NO |
|---|---|---|---|
| P0823400316 | 09/02/08 | 09/05/08 | 004 |

REFER TO THIS NUMBER
ON ALL CORRESPONDENCE

AMOUNT PAID: $ _____

| BILL TO | REMIT TO |
|---|---|
| HATTIE M WILLIAMS<br>348 ELEANOR STREET SE<br>ATLANTA, GA 30317 | PIEDMONT HOSPITAL<br>P.O. BOX 102570<br>ATLANTA GA 30368-2570 |

MAKE CHECKS PAYABLE TO THE ABOVE

INSURANCE
1  155150 ADVANTRA FREEDOM/MCARE HMO
2  155750 ADVANTRA FREEDOM MCARE HMO P
3
4

METHOD OF PAYMENT
☐ CHECK      ☐ VISA  ☐ MasterCard  ☐ AMERICAN EXPRESS  ☐ DISCOVER
☐ MONEY ORDER

CARD # _____  EXP. DATE _____

SIGNATURE _____

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

| POSTING DATE | ORDER NO. | ITEM NO. | DESCRIPTION | QTY | ITEM PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 09/02/08 | 77 | 54929 | BLADE SAG 25.0X86.5MM | 1 | 70.00 | 70.00 |
| | | | TOTAL MED/SURG SUPPLIES | | | 1,663.00 |
| | | | | | | |
| 09/02/08 | 72 | 33595 | COBAN 6" STERILE | 1 | 18.00 | 18.00 |
| 09/02/08 | 78 | 56230 | BLADE RECIPROCATING LONG 5.5 | 1 | 143.00 | 143.00 |
| | | | TOTAL STERILE SUPPLIES | | | 161.00 |
| | | | | | | |
| 09/02/08 | 82 | 30050 | KNEE TOTAL ZIMMER | 1 | 7,419.00 | 7,419.00 |
| 09/02/08 | 79 | 7074 | SURGICAL SIMPLEX HOWME FULL | 2 | 331.00 | 662.00 |
| | | | TOTAL IMPLANTS | | | 8,081.00 |
| | | | | | | |
| 08/25/08 | 10 | 81110 | VENIPUNCTURE | 1 | 20.00 | 20.00 |
| 09/02/08 | 25 | 81110 | VENIPUNCTURE | 1 | 20.00 | 20.00 |
| 09/03/08 | 90 | 81110 | VENIPUNCTURE | 1 | 20.00 | 20.00 |
| 09/04/08 | 116 | 81110 | VENIPUNCTURE | 1 | 20.00 | 20.00 |
| 09/05/08 | 151 | 81110 | VENIPUNCTURE | 1 | 20.00 | 20.00 |
| | | | TOTAL LABORATORY | | | 100.00 |
| | | | | | | |
| 09/02/08 | 26 | 80123 | POTASSIUM BLOOD | 1 | 57.00 | 57.00 |
| 09/03/08 | 88 | 82976 | BASIC METABOLIC PANEL | 1 | 140.00 | 140.00 |
| | | | TOTAL CHEMISTRY | | | 197.00 |
| | | | | | | |
| 08/25/08 | 12 | 80053 | ANTIBODY SCREEN,RBC | 1 | 139.00 | 139.00 |
| 08/25/08 | 12 | 82501 | *ABO GROUP | 1 | 60.00 | 60.00 |
| 08/25/08 | 12 | 82502 | RH TYPE | 1 | 60.00 | 60.00 |
| | | | TOTAL IMMUNOLOGY | | | 259.00 |
| | | | | | | |
| 08/25/08 | 9 | 80720 | PARTIAL THROMBOPLASTIN TIME | 1 | 98.00 | 98.00 |
| 08/25/08 | 8 | 80815 | PROTHROMBIN TIME | 1 | 67.00 | 67.00 |
| 09/03/08 | 92 | 80499 | HEMATOCRIT | 1 | 42.00 | 42.00 |
| 09/03/08 | 91 | 80503 | HEMOGLOBIN | 1 | 41.00 | 41.00 |
| 09/03/08 | 89 | 80815 | PROTHROMBIN TIME | 1 | 67.00 | 67.00 |
| 09/04/08 | 117 | 80499 | HEMATOCRIT | 1 | 42.00 | 42.00 |
| 09/04/08 | 118 | 80503 | HEMOGLOBIN | 1 | 41.00 | 41.00 |

NOTE:  AMOUNTS INDICATED TO BE PAID BY THIRD PARTIES ARE ESTIMATED BY THE HOSPITAL,
HOWEVER, THE PATIENT AND/OR RESPONSIBLE PARTY HAVE PERSONALLY GUARANTEED
PAYMENT AND ARE RESPONSIBLE FOR THE TOTAL CHARGES ON THIS STATEMENT.

**PAY THIS AMOUNT** ➔                    Continued



PATIENT FINANCIAL SERVICES
P.O. BOX 725507
ATLANTA, GA  31139
TAX I D.  58-0566213

IF YOU RECEIVED THE SERVICES OF AN EMERGENCY ROOM PHYSICIAN,
RADIOLOGIST, PATHOLOGIST AND/OR AN ANESTHESIOLOGIST
YOU MAY RECEIVE A SEPARATE BILL FOR THEIR CHARGES

◄── DIRECT ALL CORRESPONDENCE TO:

## STATEMENT OF ACCOUNT

PIEDMONT HOSPITAL
P.O. BOX 102570
ATLANTA GA 30368-2570

FOR QUESTIONS REGARDING
THIS STATEMENT PLEASE CALL

(678)842-2000

PATIENT :

WILLIAMS, HATTIE M

| PATIENT ACCOUNT NUMBER | DATE ADMITTED | DATE DISCHARGED | PAGE NO |
|---|---|---|---|
| P0823400316 | 09/02/08 | 09/05/08 | 005 |

REFER TO THIS NUMBER
ON ALL CORRESPONDENCE

AMOUNT PAID: $ _____

### BILL TO

HATTIE M WILLIAMS
348 ELEANOR STREET SE
ATLANTA, GA 30317

### REMIT TO

PIEDMONT HOSPITAL
P.O. BOX 102570
ATLANTA GA 30368-2570

MAKE CHECKS PAYABLE TO THE ABOVE

INSURANCE
1   155150 ADVANTRA FREEDOM/MCARE HMO
2   155750 ADVANTRA FREEDOM MCARE HMO P
3
4

METHOD OF PAYMENT
☐ CHECK    ☐ VISA   ☐ MasterCard   ☐ AMERICAN EXPRESS   ☐ DISCOVER
☐ MONEY ORDER

CARD # _____   EXP. DATE _____

SIGNATURE _____

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

| POSTING DATE | ORDER NO | ITEM NO. | DESCRIPTION | QTY | ITEM PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 09/04/08 | 115 | 80815 | PROTHROMBIN TIME | 1 | 67.00 | 67.00 |
| 09/05/08 | 152 | 80499 | HEMATOCRIT | 1 | 42.00 | 42.00 |
| 09/05/08 | 153 | 80503 | HEMOGLOBIN | 1 | 41.00 | 41.00 |
| 09/05/08 | 150 | 80815 | PROTHROMBIN TIME | 1 | 67.00 | 67.00 |
| | | | TOTAL HEMATOLOGY | | | 615.00 |
| 08/25/08 | 7 | 80994 | URINALYSIS | 1 | 87.00 | 87.00 |
| | | | TOTAL UROLOGY | | | 87.00 |
| 09/02/08 | 62 | 41402 | OR IP COMPLEX 1ST HR | 1 | 6,499.00 | 6,499.00 |
| 09/02/08 | 63 | 41406 | OR EACH ADD 15 MIN | 3 | 648.00 | 1,944.00 |
| | | | TOTAL OR SERVICES | | | 8,443.00 |
| 09/02/08 | 64 | 41407 | ANESTH AGENTS 1ST HOUR | 1 | 682.00 | 682.00 |
| 09/02/08 | 65 | 41414 | ANES AGENTS ADD PER 15 MIN | 3 | 223.00 | 669.00 |
| | | | TOTAL ANESTHESIA | | | 1,351.00 |
| 09/03/08 | 83 | 40021 | RT BIPAP INITIAL | 1 | 442.00 | 442.00 |
| 09/04/08 | 143 | 40022 | RT BIPAP/SHIFT | 1 | 442.00 | 442.00 |
| 09/05/08 | 145 | 40022 | RT BIPAP/SHIFT | 1 | 442.00 | 442.00 |
| | | | TOTAL RESPIRATORY SERVICES | | | 1,326.00 |
| 09/04/08 | 148 | 60011 | THERAPEUTIC PROCEDURE | 2 | 126.00 | 252.00 |
| 09/04/08 | 149 | 60015 | GAIT TRAINING | 2 | 108.00 | 216.00 |
| 09/05/08 | 162 | 60015 | GAIT TRAINING | 1 | 108.00 | 108.00 |
| 09/05/08 | 163 | 60016 | THERAPEUTIC ACTIVITIES | 1 | 126.00 | 126.00 |
| | | | TOTAL PHYSICAL THERAPY | | | 702.00 |
| 09/03/08 | 110 | 60001 | PT EVALUATION | 1 | 288.00 | 288.00 |
| | | | TOTAL PT/EVALUATION | | | 288.00 |
| 09/02/08 | 30 | 958 | FENTANYL 100MCG/2ML | 1 | 30.00 | 30.00 |
| 09/02/08 | 31 | 958 | FENTANYL 100MCG/2ML | 1 | 30.00 | 30.00 |
| 09/04/08 | 121 | 958 | FENTANYL 100MCG/2ML | 1 | 30.00 | 30.00 |

NOTE:  AMOUNTS INDICATED TO BE PAID BY THIRD PARTIES ARE ESTIMATED BY THE HOSPITAL.
HOWEVER, THE PATIENT AND/OR RESPONSIBLE PARTY HAVE PERSONALLY GUARANTEED
PAYMENT AND ARE RESPONSIBLE FOR THE TOTAL CHARGES ON THIS STATEMENT.

**PAY THIS AMOUNT** ➡

Continued



PATIENT FINANCIAL SERVICES
P.O. BOX 725507
ATLANTA, GA  31139
TAX ID - 58-0566213

IF YOU RECEIVED THE SERVICES OF AN EMERGENCY ROOM PHYSICIAN,
RADIOLOGIST, PATHOLOGIST AND/OR AN ANESTHESIOLOGIST
YOU MAY RECEIVE A SEPARATE BILL FOR THEIR CHARGES

⬅ DIRECT ALL CORRESPONDENCE TO:

01/12/09

## STATEMENT OF ACCOUNT

FOR QUESTIONS REGARDING
THIS STATEMENT PLEASE CALL

(678)842-2000

PIEDMONT HOSPITAL
P.O. BOX 102570
ATLANTA GA 30368-2570

PATIENT:

WILLIAMS,HATTIE M

| PATIENT ACCOUNT NUMBER | DATE ADMITTED | DATE DISCHARGED | PAGE NO |
|---|---|---|---|
| P0823400316 | 09/02/08 | 09/05/08 | 006 |

REFER TO THIS NUMBER
ON ALL CORRESPONDENCE

AMOUNT PAID: $ _____

| BILL TO | REMIT TO |
|---|---|
| HATTIE M WILLIAMS<br>348 ELEANOR STREET SE<br>ATLANTA, GA 30317 | PIEDMONT HOSPITAL<br>P.O. BOX 102570<br>ATLANTA GA 30368-2570 |

MAKE CHECKS PAYABLE TO THE ABOVE

I 1   155150 ADVANTRA FREEDOM/MCARE HMO
N 2   155750 ADVANTRA FREEDOM MCARE HMO P
S 3
U 4

METHOD OF PAYMENT
☐ CHECK      ☐ VISA  ☐ MASTERCARD  ☐ AMERICAN EXPRESS  ☐ DISCOVER
☐ MONEY ORDER

CARD # _____   EXP. DATE _____

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

SIGNATURE _____

| POSTING DATE | ORDER NO. | ITEM NO | DESCRIPTION | QTY | ITEM PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 09/04/08 | 129 | 2033 | ZOFRAN 4MG INJ | 1 | 24.00 | 24.00 |
| | | | TOTAL DRUGS/DETAIL CODE | | | 114.00 |
| 09/02/08 | 20 | 41487 | RECOVERY RM INPATIENT | 1 | 1,467.00 | 1,467.00 |
| 09/02/08 | 21 | 41488 | RECOVERY RM ADD 30 MIN | 1 | 443.00 | 443.00 |
| | | | TOTAL RECOVERY ROOM | | | 1,910.00 |
| 08/25/08 | 11 | 50152 | EKG-ATA | 1 | 228.00 | 228.00 |
| | | | TOTAL EKG/ECG | | | 228.00 |
| | | | TOTAL CHARGES | | | 30,028.35 |
| 10/27/08 | 476 | I2400 | Insurance Payment     155150 | | 10,135.93CR | R |
| 11/19/08 | 840 | P1201 | Patient Payment - ELB | | 540.00CR | |
| 10/27/08 | 476 | A3400 | Insurance Allowance     155150 | | 19,352.42CR | R |
| | | | TOTAL PAYMENTS/ADJUSTMENTS | | | 30,028.35CR |

NOTE: AMOUNTS INDICATED TO BE PAID BY THIRD PARTIES ARE ESTIMATED BY THE HOSPITAL,
HOWEVER, THE PATIENT AND/OR RESPONSIBLE PARTY HAVE PERSONALLY GUARANTEED
PAYMENT AND ARE RESPONSIBLE FOR THE TOTAL CHARGES ON THIS STATEMENT.

**PAY THIS AMOUNT** ➡   0.00

 PIEDMONT HOSPITAL

PATIENT FINANCIAL SERVICES
P.O. BOX 725507
ATLANTA, GA 31139
TAX I D - 58-0566213

IF YOU RECEIVED THE SERVICES OF AN EMERGENCY ROOM PHYSICIAN,
RADIOLOGIST, PATHOLOGIST AND/OR AN ANESTHESIOLOGIST
YOU MAY RECEIVE A SEPARATE BILL FOR THEIR CHARGES

⬅ DIRECT ALL CORRESPONDENCE TO:

**STATEMENT OF ACCOUNT**

**PIEDMONT HOSPITAL**

PIEDMONT HOSPITAL
P.O. BOX 102570
ATLANTA GA 30368-2570

FOR QUESTIONS REGARDING
THIS STATEMENT PLEASE CALL

**(678)842-2000**

PATIENT :

WILLIAMS, HATTIE M

| PATIENT ACCOUNT NUMBER | DATE ADMITTED | DATE DISCHARGED | PAGE NO |
|---|---|---|---|
| P0823400316 | 09/02/08 | 09/05/08 | 001 |

REFER TO THIS NUMBER
ON ALL CORRESPONDENCE

AMOUNT PAID: $ _____

| BILL TO | REMIT TO |
|---|---|
| HATTIE M WILLIAMS<br>348 ELEANOR STREET SE<br>ATLANTA, GA 30317 | PIEDMONT HOSPITAL<br>P.O. BOX 102570<br>ATLANTA GA 30368-2570<br><br>MAKE CHECKS PAYABLE TO THE ABOVE |

INSURED
1  155150 ADVANTRA FREEDOM/MCARE HMO
2  155750 ADVANTRA FREEDOM MCARE HMO P
3
4

METHOD OF PAYMENT
☐ CHECK        ☐ VISA  ☐ MASTERCARD  ☐ AMERICAN EXPRESS  ☐ DISCOVER
☐ MONEY ORDER

CARD # _____  EXP. DATE _____

SIGNATURE _____

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

| POSTING DATE | ORDER NO | ITEM NO | DESCRIPTION | QTY | ITEM PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| | | | 01 ROOM & BOARD | | | 2,340.00 |
| | | | 09 RECOVERY ROOM | | | 1,910.00 |
| | | | 10 PULMONARY/RESPIRATORY | | | 1,326.00 |
| | | | 12 SURGICAL SERVICES | | | 9,794.00 |
| | | | 16 PHCY SELF ADMINISTERABLE DRUGS | | | 408.95 |
| | | | 17 PHARMACY | | | 1,600.40 |
| | | | 19 LABORATORY | | | 1,258.00 |
| | | | 20 MED/SUR SUPPLIES | | | 10,173.00 |
| | | | 22 PHYSICAL THERAPY | | | 990.00 |
| | | | 25 E K G | | | 228.00 |

| | | |
|---|---|---|
| Insurance Benefits | 155150 0.00 155750 | |
| Account Balance | COB. 1    COB.0 | |
| Total Charges | 30,028.35    30,028.35 | |
| Non-Covered Chgs | 0.00    30,028.35 | |
| Deductibles/Co-Ins | 0.00    0.00 | Patient |

NOTE: AMOUNTS INDICATED TO BE PAID BY THIRD PARTIES ARE ESTIMATED BY THE HOSPITAL, HOWEVER, THE PATIENT AND/OR RESPONSIBLE PARTY HAVE PERSONALLY GUARANTEED PAYMENT AND ARE RESPONSIBLE FOR THE TOTAL CHARGES ON THIS STATEMENT.

**PAY THIS AMOUNT** →                          0.00

 **PIEDMONT HOSPITAL**

PATIENT FINANCIAL SERVICES
P.O. BOX 725507
ATLANTA, GA 31139
TAX ID - 58-0566213

IF YOU RECEIVED THE SERVICES OF AN EMERGENCY ROOM PHYSICIAN, RADIOLOGIST, PATHOLOGIST AND/OR AN ANESTHESIOLOGIST YOU MAY RECEIVE A SEPARATE BILL FOR THEIR CHARGES

← **DIRECT ALL CORRESPONDENCE TO:**

# PIEDMONT HOSPITAL

**STATEMENT OF ACCOUNT**

PIEDMONT HOSPITAL
P.O. BOX 102570
ATLANTA GA 30368-2570

FOR QUESTIONS REGARDING
THIS STATEMENT PLEASE CALL

**(678)842-2000**

PATIENT:

WILLIAMS,HATTIE M

| PATIENT ACCOUNT NUMBER | DATE ADMITTED | DATE DISCHARGED | PAGE NO |
|---|---|---|---|
| P0823400316 | 09/02/08 | 09/05/08 | 000 |

REFER TO THIS NUMBER
ON ALL CORRESPONDENCE

AMOUNT PAID: $ _____

| BILL TO | REMIT TO |
|---|---|
| HATTIE M WILLIAMS<br>348 ELEANOR STREET SE<br>ATLANTA, GA 30317 | PIEDMONT HOSPITAL<br>P.O. BOX 102570<br>ATLANTA GA 30368-2570 |

MAKE CHECKS PAYABLE TO THE ABOVE

```
I  1   155150 ADVANTRA FREEDOM/MCARE HMO
N  2   155750 ADVANTRA FREEDOM MCARE HMO P
S  3
U  4
```

METHOD OF PAYMENT

☐ CHECK          ☐ VISA   ☐ MasterCard  ☐ AMERICAN EXPRESS  ☐ DISCOVER ☐
☐ MONEY ORDER

CARD # _____   EXP. DATE _____

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

SIGNATURE _____

| POSTING DATE | ORDER NO. | ITEM NO. | DESCRIPTION | QTY | ITEM PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 09/11 | | Bi | lling Period:  09/02 - 09/05 | | | |
| F | | | Billed Charges | | 30,028.35 | |
| | | | Total Insurance Payments | | 10,135.93 | |
| | | | Total Insurance Adjustments | | -19,352.42 | |
| | | | Patient Payments | | 540.00 | |

NOTE:  AMOUNTS INDICATED TO BE PAID BY THIRD PARTIES ARE ESTIMATED BY THE HOSPITAL,
HOWEVER, THE PATIENT AND/OR RESPONSIBLE PARTY HAVE PERSONALLY GUARANTEED
PAYMENT AND ARE RESPONSIBLE FOR THE TOTAL CHARGES ON THIS STATEMENT.

**PAY THIS AMOUNT** ➡          Continued



PIEDMONT HOSPITAL

PATIENT FINANCIAL SERVICES
P.O. BOX  725507
ATLANTA,  GA  31139
TAX I D -   58-0566213

IF YOU RECEIVED THE SERVICES OF AN EMERGENCY ROOM PHYSICIAN,
RADIOLOGIST, PATHOLOGIST AND/OR AN ANESTHESIOLOGIST
YOU MAY RECEIVE A SEPARATE BILL FOR THEIR CHARGES

⬅ DIRECT ALL CORRESPONDENCE TO:

## STATEMENT OF ACCOUNT

PIEDMONT HOSPITAL
P.O. BOX 102570
ATLANTA GA 30368-2570

FOR QUESTIONS REGARDING
THIS STATEMENT PLEASE CALL

PATIENT :

| PATIENT ACCOUNT NUMBER | DATE ADMITTED | DATE DISCHARGED | PAGE NO |
|---|---|---|---|

REFER TO THIS NUMBER
ON ALL CORRESPONDENCE

AMOUNT PAID: $ _____

| BILL TO |
|---|

| REMIT TO |
|---|

PIEDMONT HOSPITAL
P.O. BOX 102570
ATLANTA GA 30368-2570

MAKE CHECKS PAYABLE TO THE ABOVE

METHOD OF PAYMENT

☐ CHECK      ☐ VISA   ☐ MasterCard   ☐ AMERICAN EXPRESS   ☐ DISCOVER

☐ MONEY ORDER

CARD # _____ EXP. DATE _____

SIGNATURE _____

I
N
S
U   1
R   2
A   3
N   4
C
E

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

| POSTING DATE | ORDER NO. | ITEM NO. | DESCRIPTION | QTY | ITEM PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| | | | | | | |

NOTE:  AMOUNTS INDICATED TO BE PAID BY THIRD PARTIES ARE ESTIMATED BY THE HOSPITAL,
HOWEVER, THE PATIENT AND/OR RESPONSIBLE PARTY HAVE PERSONALLY GUARANTEED
PAYMENT AND ARE RESPONSIBLE FOR THE TOTAL CHARGES ON THIS STATEMENT.

PAY THIS
AMOUNT    ➜        Continued

PATIENT FINANCIAL SERVICES
P.O. BOX 725507
ATLANTA, GA 31139
TAX I D -

IF YOU RECEIVED THE SERVICES OF AN EMERGENCY ROOM PHYSICIAN,
RADIOLOGIST, PATHOLOGIST AND/OR AN ANESTHESIOLOGIST
YOU MAY RECEIVE A SEPARATE BILL FOR THEIR CHARGES

◄— DIRECT ALL CORRESPONDENCE TO:

| WILLIAMS, HATTIE M | | P-4 North-432-01 | | 68y | F | Smith, Stephen W |
|---|---|---|---|---|---|---|
| Admitted: 02-Sep-2008 | Discharged: 05-Sep-2008 | | DSC | 06-Apr-1940 | | 002021497/0823400316 |

| 02-Sep-08 15:05 | Operative Notes | Smith, Stephen W (MD) | [Entered: 02-Sep-08 16:18 TTS_B, Rebecca(Ancillary Staff)] | **Revised** |
|---|---|---|---|---|

Piedmont Hospital
****SIGNED****

Dictated By: Stephen W Smith MD
Date of Dictation: 09/02/2008
Date of Service: 09/02/2008
Signing Clinician: Stephen W Smith MD
Date Signed: 09/03/2008

PREOPERATIVE DIAGNOSIS: Left knee degenerative joint disease.
POSTOPERATIVE DIAGNOSIS: Left knee degenerative joint disease.
NAME OF PROCEDURE: Left total knee replacement (Zimmer size E femur, size 3 tibia, size 10 polyethylene insert, size 32 patella.
SURGEON: Stephen Smith, MD.
ASSISTANT: Susan Snouse, PA-C.
ANESTHESIA: Laryngeal mask airway.
TOURNIQUET TIME: 48 minutes.
ESTIMATED BLOOD LOSS: Minimal.
DRAINS: Hemovac 1 medium.
COMPLICATIONS: None.
DESCRIPTION OF PROCEDURE: The patient was escorted to the operating room and anesthesia was induced without apparent complication. The patient was placed in the supine position with all bony prominences well padded. The knee was then prepped and draped in a sterile manner. The leg was exsanguinated with an Esmarch bandage and the tourniquet was elevated. A straight anterior midline incision was made. Sharp dissection was carried down to fascia. A medial parapatellar arthrotomy was made. The patellofemoral ligaments were then transected. The knee was then flexed and the patella was everted. The intramedullary canal was then drilled and sized. Three degree external rotation holes were then drilled. The intramedullary guide was then attached and the 5-in-1 cut block was then screwed into place. Medial and lateral collateral ligaments were protected. Five distal femoral cuts were then made. The jig was then detached and the posterior stabilized notch cut jig was attached. The posterior stabilized notch was then cut. After the jig was removed, the medial meniscus, lateral meniscus, anterior cruciate ligament and posterior cruciate ligament were removed in their entirety. The proximal tibia was then isolated and a proximal tibial cut was made. An intramedullary device was then used, cutting approximately 2-millimeters off of the low side of the tibia. The proximal tibia was then sized for the tibial tray, and the tibial tray was pinned, centered at the medial 3rd of the tibial tubercle. We then trialed with the femoral trial and the tibial polyethylene insert. At that point, soft tissue balancing was assessed, and the following releases were needed: None. After flexion and extension gap as well as medial and lateral soft tissue balancing were equivalent, we then turned our attention to the patella. Soft tissue peripherally was removed from around the edge of the patella and the cutter-guide clamp was then used to cut the patella with the insertion of the quadriceps tendon and the patellar tendon as our guide. The patella was then tested for symmetric cut and prepared with the patellar jig as the holes were drilled.

| WILLIAMS, HATTIE M | P-4 North-432-01 | | 68y | F | Smith, Stephen W |
|---|---|---|---|---|---|
| Admitted: 02-Sep-2008    Discharged: 05-Sep-2008 | | DSC | 06-Apr-1940 | | 002021497/0823400316 |

| 02-Sep-08 15:05 | Operative Notes | Smith, Stephen W (MD) | [Entered: 02-Sep-08 16:18 TTS_B, Rebecca(Ancillary Staff)] | **Revised** |
|---|---|---|---|---|

We then tested with the patella button and patellofemoral tracking was excellent. After patellofemoral tracking was determined to be accurate, we then removed all trial components. The tibial bone was prepared with the drill and the keel punch. Posterior osteophytes were removed at the distal femur. Bony surfaces were washed with the pulsatile lavage unit. Surfaces were then dried. Meanwhile two packs of Simplex P cement were mixed under vacuum and applied to the backside of the femoral component, tibial component and patellar component. Tibial cement was then packed into the horizontal surface of the tibia and distal femur, and tuberculin syringes were used to inject the cement into the patellar holes. We then placed the tibial component, followed by the femoral component, followed by the patellar component. The patellar component was clamped. The excess cement was removed. We then put a polyethylene insert into the tibial tray and the knee was brought out into full extension and allowed to dry. A deep medium Hemovac drain was placed. The wound was irrigated with copious amounts of pulsatile lavage solution as well as Clorpactin solution. Cement was allowed to harden. We then placed the knee in 45 degrees of flexion after permanent polyethylene insert had been placed. In 45 degrees of flexion, the knee was closed with 0 Ethibond distally in a simple interrupted manner at the distal arthrotomy site. Proximally at the arthrotomy, 0 PDS was used in a running manner. Subcutaneous structures were closed with 2-0 PDS in a running manner, and staples were used to close the skin. Sterile dressings were applied. The tourniquet was let down and the patient was transferred to the recovery room in satisfactory condition, having tolerated the procedure well.
eScription document:14-8269852

# Patient Ledger

| Patient ID: | 2066086 |
|---|---|
| Birthdate: | 04/06/1940 |
| Phone 1: | (404) 370-0885 Home |
| Phone 2: | |

Hattie M Williams
348 Eleanor Street SE
Atlanta GA 30317

| Total Charges: | $13,926.00 |
|---|---|
| Total Payments: | $2,201.81 |
| Total Adjustments: | $11,060.19 |
| Insurance Balance: | $664.00 |
| Patient Balance: | $0.00 |

| Visit | Company | | Doctor | Facility | Ticket Number | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Service | Code | Description | | | | Units | Fee | Insurance | Patient |
| 11/19/2007 | Peachtree Orthopaedic | | Snouse, Susan L | Main POC | MAI009487 | | | | |
| | 715.96 | Osteoarthrosis, unspecified whether generalized or localized, lower leg | | | | | | | |
| | 847.2 | Lumbar sprain and strain | | | | | | | |
| | 924.11 | Contusion of knee | | | | | | | |
| 11/19/2007 | 99213 | Office or other outpatient visit | | | | 1.00 | $164.00 | $164.00 | $0.00 |
| 11/19/2007 | 73562 | Radiologic examination, knee; three views | | | | 2.00 | $206.00 | $206.00 | $0.00 |
| 11/19/2007 | 72100 | Radiologic examination, spine, lumbosacral; two or three views | | | | 1.00 | $121.00 | $121.00 | $0.00 |
| 11/19/2007 | 73562 | Radiologic examination, knee; three views | | | | -2.00 | ($206.00) | ($206.00) | $0.00 |
| 11/19/2007 | 73562 | Radiologic examination, knee; three views | | | | 1.00 | $103.00 | $103.00 | $0.00 |
| 11/19/2007 | 73562 | Radiologic examination, knee; three views | | | | 1.00 | $103.00 | $103.00 | $0.00 |
| 12/18/2007 | | Disallowed Adjustment | | | | | | ($111.12) | $0.00 |
| 12/18/2007 | | Payment | | | | | | ($42.30) | $0.00 |
| 05/02/2008 | | Payment | | | | | | $0.00 | $0.00 |
| 05/19/2008 | | Payment | | | | | | $0.00 | $0.00 |
| 09/23/2008 | | Contractual Adjustment | | | | | | ($10.58) | $0.00 |
| | | | | Visit Total/Balance Due | | | | $327.00 | $0.00 |
| 12/17/2007 | Peachtree Orthopaedic | | Smith MD, Stephen W | Main POC | MAI011936 | | | | |
| | 715.96 | Osteoarthrosis, unspecified whether generalized or localized, lower leg | | | | | | | |
| 12/17/2007 | 99213 | Office or other outpatient visit | | | | 1.00 | $164.00 | $164.00 | $0.00 |
| 05/02/2008 | | Payment | | | | | | $0.00 | $0.00 |
| 05/20/2008 | | Payment | | | | | | $0.00 | $0.00 |
| 06/19/2008 | | Contractual Adjustment | | | | | | ($101.79) | $0.00 |
| 06/19/2008 | | Payment | | | | | | ($32.21) | $0.00 |
| 06/19/2008 | | Transfer from Insurance | | | | | | ($30.00) | $30.00 |
| 07/22/2008 | | Conveyance Payment | | | | | | $0.00 | ($30.00) |
| | | | | Visit Total/Balance Due | | | | $0.00 | $0.00 |
| 12/12/2007 | Peachtree Orthopaedic | | Murray MD, H H | Main POC | MAI012866 | | | | |
| | 847.0 | Neck sprain and strain | | | | | | | |
| | 847.2 | Lumbar sprain and strain | | | | | | | |
| 12/12/2007 | 99213 | Office or other outpatient visit | | | | 1.00 | $164.00 | $164.00 | $0.00 |
| 12/12/2007 | 72040 | Radiologic examination, spine, cervical; two or three views | | | | 1.00 | $113.00 | $113.00 | $0.00 |
| 02/25/2008 | | Contractual Adjustment | | | | | | ($176.81) | $0.00 |
| 02/25/2008 | | Payment | | | | | | ($62.59) | $0.00 |
| 02/25/2008 | | Transfer from Insurance | | | | | | ($37.60) | $37.60 |
| | Notes: | This claim has been filed to your insurance. | | | | | | | |
| 03/10/2008 | | Transfer from Patient | | | | | | $37.60 | ($37.60) |
| 04/23/2008 | | Transfer from Insurance | | | | | | ($37.60) | $37.60 |
| 05/31/2008 | | Payment | | | | | | $0.00 | ($37.60) |
| | | | | Visit Total/Balance Due | | | | $0.00 | $0.00 |
| 03/07/2008 | Peachtree Orthopaedic | | Snouse, Susan L | Main POC | MAI021854 | | | | |
| | 715.95 | Osteoarthrosis, unspecified whether generalized or localized, pelvic region and thigh | | | | | | | |
| 03/07/2008 | 99213 | Office or other outpatient visit | | | | 1.00 | $121.00 | $121.00 | $0.00 |
| 03/07/2008 | 20610 | Arthrocentesis, aspiration and/or injection; major joint or bursa (eg, shoulder, hip, knee joint, subacromial bursa) | | | | 1.00 | $218.00 | $218.00 | $0.00 |
| 04/07/2008 | | Contractual Adjustment | | | | | | ($245.85) | $0.00 |
| 04/07/2008 | | Payment | | | | | | ($78.15) | $0.00 |
| 04/07/2008 | | Transfer from Insurance | | | | | | ($15.00) | $15.00 |
| | Notes: | This claim has been filed to your insurance. | | | | | | | |
| 05/31/2008 | | Payment | | | | | | $0.00 | ($15.00) |
| 06/18/2008 | | Payment | | | | | | $0.00 | ($52.60) |
| 07/22/2008 | | Conveyance Payment | | | | | | $0.00 | $30.00 |
| 07/22/2008 | | Conveyance Payment | | | | | | $0.00 | $22.60 |
| | | | | Visit Total/Balance Due | | | | $0.00 | $0.00 |
| 05/09/2008 | Peachtree Orthopaedic | | Smith MD, Stephen W | Main POC | MAI029348 | | | | |
| | 715.95 | Osteoarthrosis, unspecified whether generalized or localized, pelvic region and thigh | | | | | | | |
| 05/09/2008 | 99213 | Office or other outpatient visit | | | | 1.00 | $164.00 | $164.00 | $0.00 |
| 05/19/2008 | | Contractual Adjustment | | | | | | ($102.58) | $0.00 |
| 05/19/2008 | | Payment | | | | | | ($31.42) | $0.00 |
| 07/22/2008 | | Conveyance Payment | | | | | | $0.00 | ($22.60) |
| 07/22/2008 | | Transfer from Insurance | | | | | | ($30.00) | $30.00 |
| 07/22/2008 | | Courtesy Adjustment | | | | | | $0.00 | ($7.40) |

| Patient ID: | 2066086 | Hattie M Williams | Total Charges: | $13,926.00 |
| Birthdate: | 04/06/1940 | 348 Eleanor Street SE | Total Payments: | $2,201.81 |
| Phone 1: | (404) 370-0885 Home | Atlanta GA  30317 | Total Adjustments: | $11,060.19 |
| Phone 2: | | | Insurance Balance: | $664.00 |
| | | | Patient Balance: | $0.00 |

| Visit | Company | | Doctor | Facility | Ticket Number | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Service | Code | Description | | | | Units | Fee | Insurance | Patient |
| | | | | **Visit Total/Balance Due** | | | | *$0.00* | *$0.00* |
| 05/20/2008 | Peachtree Orthopaedic | | Snouse, Susan L | Main POC | MAI033911 | | | | |
| | 715.96 | Osteoarthrosis, unspecified whether generalized or localized, lower leg | | | | | | | |
| 06/20/2008 | 99212 | Office or other outpatient visit | | | | 1.00 | $121.00 | $121.00 | $0.00 |
| 06/30/2008 | | Contractual Adjustment | | | | | | ($82.55) | $0.00 |
| 06/30/2008 | | Payment | | | | | | ($8.45) | $0.00 |
| 07/22/2008 | | Conveyance Payment | | | | | | $0.00 | ($19.77) |
| 07/22/2008 | | Transfer from Patient | | | | | | ($19.77) | $19.77 |
| 07/22/2008 | | Courtesy Adjustment | | | | | | ($10.23) | $0.00 |
| | | | | **Visit Total/Balance Due** | | | | *$0.00* | *$0.00* |
| 08/01/2006 | Peachtree Orthopaedic | | Snouse, Susan L | Main POC | MAI038528 | | | | |
| | 715.96 | Osteoarthrosis, unspecified whether generalized or localized, lower leg | | | | | | | |
| 08/01/2008 | 99212 | Office or other outpatient visit | | | | 1.00 | $121.00 | $121.00 | $0.00 |
| 08/01/2008 | 73562 | Radiologic examination, knee; three views | | | | 1.00 | $103.00 | $103.00 | $0.00 |
| 08/28/2008 | | Contractual Adjustment | | | | | | ($150.43) | $0.00 |
| 08/28/2008 | | Payment | | | | | | ($43.57) | $0.00 |
| 08/28/2008 | | Transfer from Insurance | | | | | | ($30.00) | $30.00 |
| 10/29/2008 | | Payment | | | | | | $0.00 | ($30.00) |
| | | | | **Visit Total/Balance Due** | | | | *$0.00* | *$0.00* |
| 08/25/2008 | Peachtree Orthopaedic | | Smith MD, Stephen W | Main POC | MAI041021 | | | | |
| | 715.96 | Osteoarthrosis, unspecified whether generalized or localized, lower leg | | | | | | | |
| 08/25/2008 | 99213 | Office or other outpatient visit | | | | 1.00 | $164.00 | $134.00 | $30.00 |
| 09/02/2008 | | Contractual Adjustment | | | | | | ($102.58) | $0.00 |
| 09/02/2008 | | Payment | | | | | | ($31.42) | $0.00 |
| 09/11/2008 | | Payment | | | | | | $0.00 | ($30.00) |
| | | | | **Visit Total/Balance Due** | | | | *$0.00* | *$0.00* |
| 09/02/2008 | Peachtree Orthopaedic | | Smith MD, Stephen W | Piedmont Hospital Inpatient | PHI003639 | | | | |
| | 715.96 | Osteoarthrosis, unspecified whether generalized or localized, lower leg | | | | | | | |
| 09/02/2008 | 27447 | Arthroplasty, knee, condyle and plateau; medial AND lateral compartments with or without patella resurfacing (total knee arthroplasty) | | | | 1.00 | $5,800.00 | $5,800.00 | $0.00 |
| 09/11/2008 | | Contractual Adjustment | | | | | | ($4,346.12) | $0.00 |
| 09/11/2008 | | Payment | | | | | | ($1,453.88) | $0.00 |
| | | | | **Visit Total/Balance Due** | | | | *$0.00* | *$0.00* |
| 09/02/2008 | Peachtree Orthopaedic | | Snouse, Susan L | Piedmont Hospital Inpatient | PHI003640 | | | | |
| | 715.96 | Osteoarthrosis, unspecified whether generalized or localized, lower leg | | | | | | | |
| 09/02/2008 | 27447 | Arthroplasty, knee, condyle and plateau; medial AND lateral compartments with or without patella resurfacing (total knee arthroplasty) | | | | 1.00 | $5,742.00 | $5,742.00 | $0.00 |
| 09/11/2008 | | Contractual Adjustment | | | | | | ($5,544.27) | $0.00 |
| 09/11/2008 | | Payment | | | | | | ($197.73) | $0.00 |
| | | | | **Visit Total/Balance Due** | | | | *$0.00* | *$0.00* |
| 09/24/2008 | Peachtree Orthopaedic | | Smith MD, Stephen W | Main POC | MAI044441 | | | | |
| | 715.96 | Osteoarthrosis, unspecified whether generalized or localized, lower leg | | | | | | | |
| 09/24/2008 | 99024 | Postoperative follow-up visit | | | | 1.00 | $0.00 | $0.00 | $0.00 |
| 09/24/2008 | 73562 | Radiologic examination, knee; three views | | | | 1.00 | $103.00 | $103.00 | $0.00 |
| 09/29/2008 | | Contractual Adjustment | | | | | | ($67.88) | $0.00 |
| 09/29/2008 | | Payment | | | | | | ($20.12) | $0.00 |
| 09/29/2008 | | Transfer from Insurance | | | | | | ($15.00) | $15.00 |
| 11/10/2008 | | Payment | | | | | | $0.00 | ($15.00) |
| | | | | **Visit Total/Balance Due** | | | | *$0.00* | *$0.00* |
| 09/25/2008 | Peachtree Orthopaedic | | Smith MD, Stephen W | Main POC | MAI048842 | | | | |
| | 715.96 | Osteoarthrosis, unspecified whether generalized or localized, lower leg | | | | | | | |
| 09/25/2008 | G0180 | Physician certification for Medicare-covered home health  services under a home health plan of care (patient not present), including contacts with home health agency and review of reports of patient status required by physicians to affirm the initial impl | | | | 1.00 | $234.00 | $234.00 | $0.00 |
| | | | | **Visit Total/Balance Due** | | | | *$234.00* | *$0.00* |
| 11/05/2008 | Peachtree Orthopaedic | | Smith MD, Stephen W | Main POC | MAI049328 | | | | |
| | 715.96 | Osteoarthrosis, unspecified whether generalized or localized, lower leg | | | | | | | |
| 11/05/2008 | 99024 | Postoperative follow-up visit | | | | 1.00 | $0.00 | $0.00 | $0.00 |
| 11/05/2008 | 73562 | Radiologic examination, knee; three views | | | | 1.00 | $103.00 | $103.00 | $0.00 |

| Patient ID: | 2066086 | | Hattie M Williams | | | Total Charges: | | | $13,926.00 |
|---|---|---|---|---|---|---|---|---|---|
| Birthdate: | 04/06/1940 | | 348 Eleanor Street SE | | | Total Payments: | | | $2,201.81 |
| Phone 1: | (404) 370-0885 Home | | Atlanta GA 30317 | | | Total Adjustments: | | | $11,060.19 |
| Phone 2: | | | | | | Insurance Balance: | | | $664.00 |
| | | | | | | Patient Balance: | | | $0.00 |

| Visit | Company | | Doctor | Facility | Ticket Number | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Service | Code | Description | | | | Units | Fee | Insurance | Patient |

|  |  |  |  |
|---|---|---|---|
| Visit Total/Balance Due | | $103.00 | $0.00 |
| Selected Visit Totals | | $664.00 | $0.00 |



# PEACHTREE ORTHOPAEDIC CLINIC

**PATIENT NAME**         WILLIAMS, HATTIE
**PATIENT NUMBER**     2066086
**DATE OF SERVICE**      11/19/2007
**PROVIDER**             Sue Snouse, PA-C

**POC LOCATION:  Main POC**

**HISTORY OF PRESENT ILLNESS:** Hattie is a long-term patient of ours. She underwent a right total knee replacement in June of 2007 and had been doing very well. On 11/09/07, she was at her local Wal-Mart and fell on grapes in the produce section. She landed directly on her left knee and then landed on her left lateral hip and buttocks. She had immediate left anterior knee pain and swelling. She was taken to Crawford W. Long Hospital Emergency Room where x-rays per the patient were negative for fracture. She was diagnosed with a left knee contusion and given a prescription for Vicodin and told to ice. She was told to return to an orthopedic specialist if she continued to have pain. Approximately four days after her accident, she started having low back pain and left lateral buttock and hip pain. She describes the pain as a achy sensation. She is having pain with standing or walking and feels better in a forward flexion position. She is not having pain at rest or lying down. She has been taking Vicodin for pain. She has not had any bowel or bladder discomfort. She has also noted that her right knee has been hurting more the past several days.

**PHYSICAL EXAMINATION:** On physical examination she is walking with a forward list and with use of a cane. She has a well-healed incision on her right knee. Right knee range of motion is 0 to 120 degrees. No ligamentous laxity. Motor and sensory examination is grossly normal.

The left knee has resolving swelling and ecchymosis at the patellar region. She is sensitive to the touch to this area. She is nontender in the medial or lateral joint line. Range of motion is 0 to 120. She had no ligamentous laxity. She did have a positive grind test. Motor and sensory examination is grossly normal.

She is tender to palpation along the paraspinal muscles of the lumbar spine. Lumbar flexion was painless and full. Lumbar extension and right and left side bending was limited and painful. She is able to do a single heel raise and heel walk. She had a negative right and left straight leg raise test. Bilateral hip range of motion was full. Deep tendon reflexes were 1-2+ in the bilateral Achilles and patella tendons. No deficit in motor was noted. She did report full sensation to light touch.

**DIAGNOSTIC STUDIES:** Two views of the lumbar spine demonstrates diffuse facet arthritis with mild degenerative disk disease. She has a lordotic curve. She had no obvious acute fractures.

Peachtree Orthopaedic Clinic, P.A.
www.pocatlanta.com

| 3400-C Old Milton Pkwy | 5505 Peachtree Dunwoody Rd. | 2001 Peachtree Rd., N.E. | 2045 Peachtree Rd., N.E. | 1901 Phoenix Blvd. | 5955 State Bridge Road |
| Suite 345 | Suite 600 | Suite 705 | Suite 700 | Suite 200 | Suite 250 |
| Alpharetta, GA 30005 | Atlanta, GA 30342 | Atlanta, GA 30309 | Atlanta, GA 30309 | College Park, GA 30349 | Duluth, GA 30097 |



**WILLIAMS, HATTIE**
**#2066086**
**11/19/2007**
**PAGE 2**

Three views of the left knee demonstrates moderate to severe patellofemoral arthritis with mild to moderate medial and lateral compartment changes.

Three views of the right knee demonstrates the components are intact and in excellent alignment.

**ASSESSMENT:**
1. Lumbar sprain and strain following a fall on 11/09/07.
2. Left knee contusion following a fall on 11/09/07.
3. Right knee increased pain which is probably from overcompensation. Her components are intact and her physical examination is benign.

**RECOMMENDATIONS/PLAN:** We will start her at formal physical therapy, in particular for treatment her back. She will continue to use ice, heat, and gentle stretching. I have given her a prescription for Vicodin 5/500 #50, Flexeril 10 mg #30, and ibuprofen 600 mg #90. She will return to the office in four weeks to see Dr. Smith. She will contact us if she has any additional problems.

Susan L. Snouse, PA-C

cc:    Jimmy L. Williams, M.D.
       550 Peachtree Street, N.E. #1220
       Atlanta, Georgia 30308

SS/SWS/wz938jb
RPT#3316795                                                    Complete/smv

3400-C Old Milton Pkwy    5505 Peachtree Dunwoody Rd.    2001 Peachtree Rd., N.E.    2045 Peachtree Rd., N.E.    1901 Phoenix Blvd.    5955 State Bridge Road
Suite 345    Suite 600    Suite 705    Suite 700    Suite 200    Suite 250
Alpharetta, GA 30005    Atlanta, GA 30342    Atlanta, GA 30309    Atlanta, GA 30309    College Park, GA 30349    Duluth, GA 30097



# PEACHTREE
## ORTHOPAEDIC CLINIC

| | |
|---|---|
| **PATIENT NAME** | WILLIAMS, HATTIE |
| **PATIENT NUMBER** | 2066086 |
| **DATE OF SERVICE** | 12/17/2007 |
| **PROVIDER** | Stephen W. Smith, M.D. |

**POC LOCATION:** Main POC

**HISTORY OF PRESENT ILLNESS:** Hattie comes in today for a check of her right knee. She has been having some buckling since her fall but it is overall doing better. Her left knee does not bother her.

**PHYSICAL EXAMINATION:** On physical examination the surgical incision is well-healed. The calf is nontender. Range of motion is 0 to 120 degrees.

**DIAGNOSTIC STUDIES:** AP, lateral, and sunrise views of the right knee were reviewed from last time and look good.

**IMPRESSION:** Quadriceps atrophy, right knee.

**RECOMMENDATIONS/PLAN:** I have encouraged her to work on some quad strengthening and we will follow her routinely.


Stephen W. Smith, M.D.

SWS/wz938jb
RPT#3356890

Complete/smv


Peachtree Orthopaedic Clinic, P.A.
www.pocatlanta.com

3400-C Old Milton Pkwy   5505 Peachtree Dunwoody Rd.   2001 Peachtree Rd., N.E.   2045 Peachtree Rd., N.E.   1901 Phoenix Blvd.   5955 State Bridge Road
Suite 345                Suite 600                     Suite 705                  Suite 700                  Suite 200            Suite 250
Alpharetta, GA 30005     Atlanta, GA 30342             Atlanta, GA 30309          Atlanta, GA 30309          College Park, GA 30349   Duluth, GA 30097



**PEACHTREE**
**ORTHOPAEDIC CLINIC**

| | |
|---|---|
| **PATIENT NAME** | WILLIAMS, HATTIE |
| **PATIENT NUMBER** | 2066086 |
| **DATE OF SERVICE** | 03/07/2008 |
| **PROVIDER** | Sue Snouse, PA-C |

**POC LOCATION:  Main POC**

**HISTORY OF PRESENT ILLNESS:** Hattie returns to the office for left knee pain and swelling. She states she just has not felt right since she fell at her local Wal-Mart. She had been feeling much better in December when she saw Dr. Smith. Her pain has been much worse the past several days. Her daughter made her ice and elevate her leg yesterday and she has noted less swelling. She does have known arthritis.

**PHYSICAL EXAMINATION:** On physical examination she had medial joint line tenderness. She does have a mild effusion today. The knee was not hot to the touch. Her range of motion was 0 to 115 degrees, positive grind test. No ligamentous laxity. Motor and sensory examination is grossly normal.

**DIAGNOSTIC STUDIES:** Deferred today.

**ASSESSMENT:** Continued left knee pain, probable cause her osteoarthritis.

**RECOMMENDATIONS/PLAN:** We discussed treatment including continuation of her home exercise program, pain medication as needed, and a cortisone injection. After obtaining her consent 5 cc of Marcaine 0.25% and 5 cc of Kenalog 10 mg was injected using an anterolateral approach. She tolerated the injection well. She was given a refill on Vicodin 5/500. If this gives her relief, injections could be done every three to four months.

Susan L. Snouse, PA-C

cc:    Jenny Williams, M.D., 550 Peachtree Street, N.E. #1220, Atlanta, Georgia  30308

SS/SWS/wz938jb
RPT#3474963

Complete/smv

Peachtree Orthopaedic Clinic, P.A.
www.pocatlanta.com

| 3400-C Old Milton Pkwy | 5505 Peachtree Dunwoody Rd. | 2001 Peachtree Rd., N.E. | 2045 Peachtree Rd., N.E. | 1901 Phoenix Blvd. | 5955 State Bridge Road |
|---|---|---|---|---|---|
| Suite 345 | Suite 600 | Suite 705 | Suite 700 | Suite 200 | Suite 250 |
| Alpharetta, GA 30005 | Atlanta, GA 30342 | Atlanta, GA 30309 | Atlanta, GA 30309 | College Park, GA 30349 | Duluth, GA 30097 |



# PEACHTREE
## ORTHOPAEDIC CLINIC

| | |
|---|---|
| **PATIENT NAME** | WILLIAMS, HATTIE |
| **PATIENT NUMBER** | 2066086 |
| **DATE OF SERVICE** | 05/09/2008 |
| **PROVIDER** | Stephen W. Smith, M.D. |

**POC LOCATION:**  Main POC

**HISTORY OF PRESENT ILLNESS:**  Hattie comes in today for a check of her right leg.  She apparently had a dilatation and curettage last week and when she awoke from the operation she could not extend her right leg.  She also had numbness in the right leg in the femoral nerve distribution.  She comes in today with a walker.  She does not know what kind of anesthesia she had but she thinks she has general anesthesia.  She apparently did not have an epidural.

**PHYSICAL EXAMINATION:**  On physical examination she cannot extend her right leg.  She is numb in the femoral distribution.  She can passively move the knee from 0 to 110 degrees.  She can flex the knee and she moves her foot well.

**IMPRESSION:**  Femoral nerve palsy after a dilatation and curettage.  I have no idea why this would have occurred.  She has an appointment to see Dr. Doug Stuart.

**RECOMMENDATIONS/PLAN:**  I have encouraged her to continue passive range of motion of her knee while she is dealing with this problem.  She will follow up with Doug Stuart for evaluation of her femoral nerve palsy.

Stephen W. Smith, M.D.

cc:  Jimmie Williams, M.D., Fax #404/688-0716

SWS/wz938jb
RPT#3567884                                                                    Complete/smv

2001 Peachtree Rd., N.E.    2045 Peachtree Rd., N.E.    1901 Phoenix Blvd.                                    5505 Peachtree Dunwoody Rd.    3400-C Old Milton Pkwy
Suite 705                        Suite 700                        Suite 200                                                  Suite 600                        Suite 345
Atlanta, GA 30309          Atlanta, GA 30309          College Park, GA 30349    5955 State Bridge Road    Atlanta, GA 30342            Alpharetta, GA 30005
                                                                                                      Duluth, GA 30097

# PEACHTREE ORTHOPAEDIC CLINIC

**PATIENT NAME**          WILLIAMS, HATTIE
**PATIENT NUMBER**        2066087
**DATE OF BIRTH**         04/06/1940
**DATE OF SERVICE**       08/01/2008
**PROVIDER**              Sue Snouse, PA-C

**POC LOCATION:  Main POC**

**HISTORY OF PRESENT ILLNESS:** Hattie returns to the office with her daughter. She is having increased left knee pain and only got about a week worth of relief from the cortisone injection given to her on 06/20/08. She is having significant generalized left knee pain with stairs, walking, and prolonged standing. She has pain at night that can awaken her. She has a sensation that she will fall due to instability in her knee and has noted less range of motion recently. She has not had any fevers or chills. She has had to stop physical therapy due to difficulty with her left knee. Her right knee, which has a femoral nerve palsy, seems to be improving although it is not at full strength yet.

**PHYSICAL EXAMINATION:** On physical examination she has a moderate effusion in the left knee. She has medial and lateral joint line tenderness. Her range of motion is -5 to 105 degrees with marked patellofemoral and lateral crepitus. She has a positive grind test. Motor and sensory examination is grossly normal.

**DIAGNOSTIC STUDIES:** Three views of the left knee demonstrates complete lateral and patellofemoral joint space collapse with severe tricompartmental osteoarthritis.

**ASSESSMENT:** Left knee pain from severe osteoarthritis. She has advanced from moderate osteoarthritis to severe.

**RECOMMENDATIONS/PLAN:** I think it is time for a knee replacement and Hattie is in agreement with this. We gave her a packet and I have encouraged her to attend the Joint Efforts class. Amy will give her a call to schedule her surgery. I have given her a refill on Darvocet-N 100 #60. We will see her back at her preop appointment.

Susan L. Snouse, PA-C

cc:    Jimmie Williams, M.D./FAX# 404-688-0716

SS/SWS/wz938jb
RPT#3692354                                            Complete/smv

Specialists in Musculoskeletal Care Since 1952
www.pocatlanta.com
404-355-0743



**PEACHTREE ORTHOPAEDIC CLINIC**

| | |
|---|---|
| **PATIENT NAME** | WILLIAMS, HATTIE |
| **PATIENT NUMBER** | 2066086 |
| **DATE OF BIRTH** | 04/06/1940 |
| **DATE OF SERVICE** | 06/20/2008 |
| **PROVIDER** | Sue Snouse, PA-C |

**POC LOCATION:  Main POC**

**HISTORY OF PRESENT ILLNESS:** Hattie returns to the office today for increasing left knee pain. Her pain is generalized and is provoked by stairs, walking, and she has noted some swelling. She has known osteoarthritis in that knee but would like to continue with conservative treatment and asks about a cortisone injection. She has not had any falls. She is in therapy to work on strengthening her right leg which suffered a femoral nerve palsy.

**PHYSICAL EXAMINATION:** On physical examination she does have a mild to moderate effusion in the left knee. She has medial and mild lateral joint line tenderness. Her range of motion is 0 to 115 degrees with crepitus. Positive grind test. No ligamentous laxity. Motor and sensory examination is grossly normal.

**ASSESSMENT:** Continued left knee pain, probable cause osteoarthritis.

**RECOMMENDATIONS/PLAN:** We discussed treatment options including another cortisone injection. If she does not get relief with cortisone injections knee replacement may be her best treatment option in the future.

**PROCEDURE:** After obtaining her consent, using aseptic technique, 5 cc of Kenalog 10 mg and 5 cc of Marcaine 0.25% was injected using an anterolateral approach. The patient tolerated the injection well.

We will try Darvocet-N 100 #60 for pain relief at home. She will return to the office in three to four months for another injection if needed.

Susan L. Snouse, PA-C

cc:    Jimmie Williams, M.D./FAX# 404-688-0716

SS/SWS/wz938jb
RPT#3631972

Complete/smv



**PATIENT NAME**          WILLIAMS, HATTIE
**PATIENT NUMBER**    2066086
**DATE OF BIRTH**       04/06/1940
**DATE OF SERVICE**     08/25/2008
**PROVIDER**            Stephen W. Smith, M.D.

**POC LOCATION:**  Main POC

**HISTORY OF PRESENT ILLNESS:** Hattie comes in today for a preoperative visit regarding her left total knee replacement.

**RECOMMENDATIONS/PLAN:** We had a long talk about the risks and benefits of the procedure and the patient is understanding of these. The patient will go across to Piedmont Hospital today for a preadmission visit. The patient has been cleared for surgery for left total knee replacement. She will see us back two weeks postop.

Stephen W. Smith, M.D.

SWS/wz938jb
RPT#3726203

Complete/smv



# PEACHTREE ORTHOPAEDIC CLINIC

| | |
|---|---|
| **PATIENT NAME** | WILLIAMS, HATTIE |
| **PATIENT NUMBER** | 2066086 |
| **DATE OF BIRTH** | 04/06/1940 |
| **DATE OF SURGERY** | 09/02/2008 |
| **PROVIDER** | Stephen W. Smith, M.D. |

**LOCATION:**   Piedmont Hospital

**OPERATIVE NOTE**

**PREOPERATIVE DIAGNOSIS:** Right knee, degenerative joint disease.

**POSTOPERATIVE DIAGNOSIS:** Right knee, degenerative joint disease.

**SURGERY:** Right total knee replacement (Zimmer size E femur, size 3 tibia, size 10 polyethylene insert, size 32 patella).

**SURGEON:** Stephen W. Smith, M.D.

**ASSISTANT:** Susan L. Snouse, PA-C

**ESTIMATED BLOOD LOSS:** Minimal.

**DRAINS:** One medium Hemovac.

**ANESTHESIA:** Laryngeal mask airway.

**TOURNIQUET TIME:** Forty-eight minutes.

**COMPLICATIONS:** None.

Stephen W. Smith, M.D.

cc:    Jimmie Williams, M.D., Fax #404/688-0716

SWS/wz938jb
RPT#3737234                                                            Complete/smv

Specialists in Musculoskeletal Care Since 1952
www.pocatlanta.com
404-355-0743



**PATIENT NAME**          HATTIE WILLIAMS
**PATIENT NUMBER**        2066086
**DATE OF SERVICE**       09/05/2008
**PROVIDER**              Stephen W. Smith, M.D.


Upon discharge from Piedmont Hospital, received a prescription for Dilaudid 2mg #60, Levaquin 500mg #4, and EC Aspirin 325mg #60.

Amy Dahl



**PATIENT NAME**           WILLIAMS, HATTIE
**PATIENT NUMBER**         2066086
**DATE OF BIRTH**          04/06/1940
**DATE OF SERVICE**        09/24/2008
**PROVIDER**               Stephen W. Smith, M.D.

**POC LOCATION:**   Main POC

**HISTORY OF PRESENT ILLNESS:** Hattie comes in today for a check of her left knee. She is doing well. She is doing well. She is at A.G. Rhodes currently but wants to go home. She is doing well with her physical therapy.

**PHYSICAL EXAMINATION:** The surgical incision is well-healed. She has 0 to 100 degrees range of motion. Motor and sensory examination is grossly normal. Calf is nontender.

**DIAGNOSTIC STUDIES:** AP, lateral, and sunrise views of the left knee shows the components to be in excellent position.

**IMPRESSION:** Doing very well status post left total knee replacement.

**RECOMMENDATIONS/PLAN:** We will see her back at 6-8 weeks. She will continue therapy until then.

Stephen W. Smith, M.D.

cc:    Jimmie Williams, M.D., Fax #404/688-0716

SWS/wz978ad
RPT#3773147                                      Complete/smv



**PEACHTREE ORTHOPAEDIC CLINIC**

| | |
|---|---|
| **PATIENT NAME** | WILLIAMS, HATTIE |
| **PATIENT NUMBER** | 2066086 |
| **DATE OF BIRTH** | 04/06/1940 |
| **DATE OF SERVICE** | 11/05/2008 |
| **PROVIDER** | Stephen W. Smith, M.D. |

**POC LOCATION:** Main POC

**HISTORY OF PRESENT ILLNESS:** Hattie comes in today for a check of her left knee. She is doing fairly well. She is still having some pain but is feeling much better.

**PHYSICAL EXAMINATION:** On physical examination the surgical incision is well-healed. The calf is nontender. Range of motion is 0 to 120 degrees. The calf is nontender. Pulses are good.

**DIAGNOSTIC STUDIES:** AP, lateral, and sunrise views of the left knee shows the components to be in excellent position. No problems are seen.

**IMPRESSION:** Doing very well status post left total knee replacement.

**RECOMMENDATIONS/PLAN:** We will see her back at her one year anniversary or earlier if needed for any further problems.

Stephen W. Smith, M.D.

cc:    Jimmie Williams, M.D., Fax #404/688-0716

SWS/wz938jb
RPT#3841157

Complete/smv